# FIRST REPORT

**DATE:** 2/14/17

**CLAIM NUMBER:** 2871 5284 6039

**FACTS:** Severe water loss to this 2 story home with 4100 sq ft built in 1978 located in Morrison, CO. The boiler failed while the insured was out of the country, causing the temperature to drop in the home and two exterior wall baseboard pipes to freeze and burst. Water damage originated on the 2nd level and came down to the main level collapsing ceilings and eventually into the basement. Large amount of contents affected by water on 2 levels and basement.

**LOSS HISTORY:** hail damage 6/5/15, plumbing leak 7/21/03, plumbing loss 12/30/01, 8/6/01 fire loss – all with previous carriers prior to our policy inception

**ORIGIN/CAUSE:** The loss was caused by freezing of two of the baseboards on the 2nd level due to the boiler failure. The insured was out of the country at the time of the loss and was notified by his gatekeeper who took a water read at the property, discovering excess water usage. The pipes to the baseboard heat froze due to the cold weather and split, flooding the home down to the basement. Blue Sky Plumbing has confirmed the two pipe breaks but also confirmed the domestic plumbing tested without incident. An inspection to the boiler system by HVACi revealed that the gas valve and pilot assembly had become worn over time and failed. This caused the boiler to quit operating, in turn causing the house and pipes to freeze during time the insured was away.

**SIU:** There are no red flags to warrant SIU at this time.

**RECOVERY:** Subro has been referred as the system was worked on recently in October, 2016 for not functioning properly at that time. A copy of this bill is pending for review.

**COVERAGE ANALYSIS:**

Safeco policy form: HOM-7030EP 1/09 HOMEOWNERS POLICY

Cov A DWG: $1,400,000
Cov B OS: $140,000
Cov C PP: $700,000
Cov D LOU: $280,000
Deductible: $2,500
Effective Dates: 8/10/16 – 8/10/17
Original inception: 8/10/16
Mortgagee: Chase Home Finance

Policy Endorsements: EDC, Prop pp replacement

Coverages A and B – covers for all perils. Freezing is excluded while unoccupied, unless necessary means taken to either maintain heat to the building or drain water from plumbing while gone. The insured maintained the heat and the home was even checked on by their housekeeper while gone. The boiler had failed which caused the house to freeze from the weather, resulting in the split pipes. Losses are settled at ACV w/ RC option when/if incurred.

Coverage C – covers for named perils. Freezing is the applicable named peril. Losses are covered at ACV w/ RC option w/ exceptions when/if incurred. Antiques, fine arts, collectibles all settled at ACV only. RC option available within 180 days after loss.

No exclusions apply, recommending coverage for this loss.

Named insured girlfriend, Lori Worthan, is a resident of the household and has been living at the residence for 6 years. She advised that she does share in the household responsibilities and does not



**EXHIBIT 2**

pay rent to the named insured. Lori would be considered a domestic partner and therefore would be covered as an insured as well.

Background check reviewed – nothing noted of interest.

**ISSUES:** Dwelling, contents and LOU are at issue.

**DAMAGES:**



Exterior



Garage



Right elevation



Living to kitchen



Kitchen



Cabinetry – ceiling collapse



Furnishings



Continuous salteo tiles

DWG: Extensive water damage from pipe break that occurred on the 2nd level above the kitchen. The kitchen had the worst damage with collapsed ceiling, damaged appliances, counters and cabinets. The kitchen appliances and finishes are professional grade and high end. The flooring is salteo tiles continuous throughout many areas. Tongue and groove ceilings in some areas have been affected and drywall which is a thick texture. American Restoration was contacted by the insured to complete mitigation and demo. Field re-inspection is pending in order to complete scope and ACOR w/ insd ktor. American Restoration also manipulated contents to the attached garage which was unaffected.

OS: No other structures affected at this time.

PP: The insured is the owner of Rocky Mountain Harley Davidson. The home is full of high end furnishings including large pieces of solid wood furniture, anitiques, various collectibles, sculptures, and artwork. There are 150+ pieces of original artwork that have been affected, along with other custom furniture pieces, antiques, pin ball machines and coin slots. Several experts have been engaged including Mike Bettman from Colorado Arts, Refinishers, CRDN, and Best Quality Billiards. We are also obtaining a 2nd quote from Rescuetech for the electronics and the 5 games affected. A

scope from Mike Bettman is pending and photos will be uploaded to the file. The insured also contacted the original artist of the paintings and we are awaiting a report from him as well. CRDN has been engaged to assist with cleaning of textiles and soft goods. American Restoration will assist with packing items off site for storage in unaffected garage and possibly pods on the property. A preliminary bid for furniture restoration is $43k. Additional information has been requested and we anticipate this bid to be revised to also include missing items. We also received a preliminary reserve recommendation from Mike Bettman at $120k for the artwork and other items. Most items appear salvageable but there will be some total loss including various furniture pieces and pool table.

LOU: The home is not livable in its current state. The insured is currently staying at a neighbor's home and will likely secure an agreement to pay rent there. The home is in a rural gated community on acreage. CRS was unable to locate any comparable homes, so their FRV figure is based off the best information in the general area obtained. This amount is $5100/mo based on a 12 mo lease. The insured has expressed interest in staying with this neighbor for approx. $2200/mo if they are willing to rent on a monthly basis. ATOR is still being established pending FE's final report.

**COMMUNICATIONS/CORRESPONDENCE:** Thank you, FAQ to insd

REDACTED

**SALVAGE:** n/a

**ITV/UIR:** no issues at this time to warrant an underwriting notice.

**WORKPLAN:**
FE scope/recommendations
ACOR/ATOR
Contents evaluation/storage
Input reserves/notify agt
ACV payment
Finalize LOU/ALE
Proceed as appropriate

**NRD: 4/14**

Mandy Winters
Cc: anghar