# Field Report

**Claim# 2871 5284 6039**

**Estimate requires FCTM Approval:** ☒ **Yes** ☐ **No**
**Advance Provided:** ☐ **Yes** ☒ **No**

**LOSS HISTORY:**
Insured's policy with Safeco incepted on 8/10/2016; no prior CVO claims noted.

**ORIGIN/CAUSE:**
Per HVACi investigation, the gas valve and pilot assembly had worn out over time and failed; thus allowing the baseboard heat pipes to freeze on the upper level of the home.

**RECOVERY:** ☒ **Yes** ☐ **No**
Subro is involved to investigate any issues with prior repairs done on boiler in October 2016.
**COVERAGE:** ☒ **Resolved** ☐ **Open/Investigation Ongoing**
This is an HOM 7030 policy, no known ACV limitations.
**DAMAGES:**
**DWG :**
This is a single family home, built in the 1970's with upgraded 2x6 wall framing. The home sits on a partial basement, crawlspace and slab. Living space in the home consists of 3 bedrooms, 1 full bathroom and 3 ¾ bathrooms, billiards room, mechanical room (unfinished), living room, kitchen, dining room, office and family room. Home has an attached oversized 3 car garage. The home is repairable related to this loss.
**<u>Exterior</u>**
No exterior dwelling damage was noted on this loss. Exterior siding evidences moisture wicking, which is primarily due to moisture from snow over the winter.
**<u>Interior</u>**
Mitigation was nearly completed when FE re-inspected this loss; there are a few items, which may require tweaks to the estimate once the mitigation is fully completed. Insured is meeting with multiple contractors and will advise me once they have chosen one to move forward with.
**Upper Level**
On the upper level of the home, 2' flood cuts were present throughout all rooms except the hall bathroom and master suite. The library paneling was dry, but the paneling has been stained and requires replacement as it has a rough unfinished texture. Flooring throughout this level was removed, except for the tile in the bathroom and the flooring in the master suite. The carpet in the master bedroom will be removed as it suffered significant staining beyond cleaning. Due to the humidity in the home during and after the loss, there are noticeable cracks along the ceilings require joint tape repairs and ceiling painting. The ceilings in bedrooms 1&2 are over 14' and require scaffolding.
**Main Level**
On the main level the walls are being removed from floor to ceiling in all rooms except for the hall bathroom, laundry room, office and family room. The middle section of the home suffered direct impact and saturation from the water above and prevented any opportunity of drying. Saltillo tile runs throughout the main level except for the family room (vinyl) and laundry room (pre-finished wood). The Saltillo tiles are cracking throughout due to be water saturation and being installed directly onto particle board. The flooring is not damaged in the office or hall bathroom and will attempt to clean. Faux paint finishes on majority of walls, rough cut unfinished paneling on dining room walls and ceiling will require

replacement. Trim and windows themselves will require repairs due to the moisture content in the home. Scraping and preparation for paint and stain will be required. Contractor pointed out moisture in between panes on a handful of windows; advised that appeared to be due to wear & tear as sealants on windows had separated and deteriorated over time. Kitchen cabinets and countertops were removed prior to National Restoration being allowed to inspect and provide an opinion. American Restoration was placed on notice as they violated a conversation FE had with them to leave in place for inspection. Cabinets were 42" uppers with alder wood faces and particle board boxes; lowers were the same. Countertops were 1" granite with 2" rough cut faces and edges placed directly on plywood subdeck; these were removed and destroyed in the process. Granite did present cracking on the surface during initial FE inspection and likely were not salvageable. Appliances will need to be detached and reset; will be inspected by appliance specialist to determine reparability, most appliances were built-in and would be considered dwelling. Per the mitigation company, backsplash was installed directly onto drywall. Insulation and vapor barrier removed on exterior walls.

**Basement**

On this level, the billiards room is being gutted down to the studs. Insulation on the exterior walls and ceiling were affected. Walls were finished with T&G paneling, drywall and simulated wood paneling that was painted. The ceiling was acoustic popcorn. The flooring was carpet. No damage to the stone hearth. The bathroom will be gutted except for the shower, which will be dried from above and all sides. The vanity will be able to be cleaned and re-installed.

Will be hiring an engineer to opine on window condensation as well as stone patio discussed below in OS damages note.

**ACOR :** ☐ **Yes** ☒ **No**

**EDC:** ☒ **Yes** ☐ **No**

Yes, up to 25%; however, this coverage will not be triggered.

**OS DAMAGES:**

Insured has reported damage to their 21' x 24' stone patio; will have engineer to review and determine cause of loss and reparability.

**PP DAMAGES:**

Home is well furnished and furnished with artifacts and very high end finishes.

**LOU DAMAGES**: **ATOR/ADOC:** ☐ **Yes** ☒ **No**

With mitigation and repairs, the process is likely to approach 5 months from DOL.

**DISCUSSED NORMAL LIVING EXPENSE STATEMENT:** ☒ **Yes** ☐ **No**

This was presented to insured onsite.

REDACTED

REDACTED

**ITV/UIR**:
Cost guide variances noted as follows: total livable sf measures 3,571; home is 2 stories; 40% basement, 40% slab & 20% crawlspace; roof is architectural shingles; siding is 90% pine and 10% stone veneer; garage doors are wood and stained; 1 full bathroom and 3 ¾ bathrooms. Heating is hot water baseboard with a boiler system; no AC unit noted; Saltillo tile 50%; engineered wood 10%, ceramic tile 10%, carpet 25%, vinyl 5%; wall finishes 70% faux finish paint, 30% t&g paneling; ceiling 20% painted paneling, 80% faux finish drywall; exposed beams in living room, kitchen and family rooms; 2 fireplaces with chimney; water softener.

**WORKPLAN:**
Review any additional demo once mitigation is completed; work with insured's chose contractor on ACOR.

**Document Author:** **NICBUL**
**Document Date:** **2/17/17**
**CC:** RONWIL



**EXHIBIT 3**