**Safeco Insurance Company**

Safeco Insurance™
A Liberty Mutual Company

PO Box 515097
Los Angeles, CA 90051-5097
(888) 268-8840 Fax

| | | | |
|---|---|---|---|
| Insured: | VINCENT TERRANOVA | Home: | (303) 570-1535 |
| Property: | 43 W RANCH TRL<br>MORRISON, CO 80465-9524 | Business: | (303) 570-1535 |
| Home: | 43 W RANCH TRL<br>MORRISON, CO 80465-9524 | | |
| Claim Rep.: | Nick Buller | Business: | (303) 335-5385 |
| Business: | 14123 Denver West Pkwy<br>Golden, CO 80401 | E-mail: | nicholas.buller@safeco.com |
| Estimator: | Nick Buller | Business: | (303) 335-5385 |
| Business: | 14123 Denver West Pkwy<br>Golden, CO 80401 | E-mail: | nicholas.buller@safeco.com |
| Reference: | | | |
| Company: | Safeco Insurance Company of America | | |

**Claim Number:** 287152846039 **Policy Number:** OY07555527 **Type of Loss:** ALL OTHER

| | | | |
|---|---|---|---|
| Date Contacted: | 2/6/2017 | | |
| Date of Loss: | 1/31/2017 | Date Received: | 1/31/2017 |
| Date Inspected: | 2/6/2017 | Date Entered: | 2/6/2017 1:53 PM |
| Date Est. Completed: | 2/17/2017 1:18 PM | | |

| | |
|---|---|
| Price List: | CODE8X_FEB17<br>Restoration/Service/Remodel |
| Estimate: | VINCENT_TERRANOVA |

In the following pages, you will find the estimated cost of covered repairs to your property.

The estimated cost of covered repairs to your home is calculated using current local prices that are usual and customary. This estimate is based on the replacement cost of the damaged property, less your policy deductible and any applicable depreciation.

Your current mortgage company may be listed as the payee on payment(s) for the covered repairs to your home. If so, you will need to contact your mortgage company to determine their procedures for processing claims payments. The mortgage company will not be listed on payments for your personal property.

We encourage you to work with a contractor of your choice in completing the repairs to your home. If you or your contractor has any questions or concerns about this estimate, please contact me at the number shown above. It is important to call us with questions prior to beginning repairs, as any changes in the scope of damages or pricing must be pre-approved by Safeco Insurance.

If you have any questions about this estimate, please do not hesitate to contact us at the numbers provided above.

Thank you for insuring with Safeco Insurance. We appreciate your business.