DONAN®

*PREPARED FOR:*

MR. NICK BULLER
**SAFECO INSURANCE COMPANY**
P.O. BOX 515097
LOS ANGELES, CALIFORNIA 90051-5097

**MR. VINCENT TERRANOVA**
43 WEST RANCH TRAIL
MORRISON, COLORADO 80465
**CLAIM NUMBER: 287152846039**
DONAN PROJECT NUMBER: 61-17020059-0

*PREPARED BY:*
**DONAN ENGINEERING CO., INC.**
12450 LAKE STATION PLACE
LOUISVILLE, KENTUCKY 40299
800-482-5611

MARCH 6, 2017

**MICHAEL R. STARK, P.E.**
**FORENSIC ENGINEER**
**COLORADO P.E.: 44421**
**EXPIRES: OCTOBER 31, 2017**



**EXHIBIT 5**

John G. Donan, Jr., P.E.
Chairman of the Board

J. Lyle Donan, P.E.
President, CEO

DONAN®
TO BE SURE.

CORRESPOND TO:
Donan Engineering Co., Inc.
12450 Lake Station Place
Louisville, Kentucky 40299
800-482-5611
502-267-6976 fax

March 6, 2017

Mr. Nick Buller
**Safeco Insurance Company**
P.O. Box 515097
Los Angeles, California 90051-5097

RE: **Mr. Vincent Terranova**
43 West Ranch Trail
Morrison, Colorado 80465
**Claim Number: 287152846039**
Donan Project Number: 61-17020059-0

Dear Mr. Buller:

At your request, on March 2, 2017, a study was made on the house at the above-referenced address. The purpose of the study was to determine the cause of cracking damage to the back stone patio and the condensation within the windows. Ms. Lori Worthan, the insured's girlfriend, was present to point out areas of concern and to provide firsthand information. This letter, with the enclosed photographs, is the report of my findings and conclusions.

***Description of Property***

The front of the house faces northeast; however, for purposes of this report, the house is considered to face east toward West Ranch Trail (Photographs 1 through 4). The house is a two-story, wood-framed residence constructed over a basement with a cast-in-place concrete foundation system. The exterior walls are covered with wood clapboard siding, and the roof is clad with dimensional-style asphalt shingles. According to Ms. Worthan, the house was built in 1970, and Mr. Vincent Terranova has owned the house for approximately 30 years.

***Background***

Ms. Worthan reported that a broken pipe in the east exterior wall of the upper-level southeast bedroom occurred while they were out of town, during the last week of January 2017. The water leak was detected by the neighborhood caretaker who was compiling water usage invoices on February 1, 2017, and noticed a dramatic spike in the consumption. As a result of the water loss event, she indicated that approximately 14,000 gallons of water discharged within the residence. She stated that the water flowed from the southeast bedroom on the upper level through the floors to the main and basement levels. She also stated that water flowed through/around the sliding glass door to the back patio in the west wall of the main level, across the stone patio from the northeast to the southwest, along the exterior of the west wall of the garage, before accumulating along the west edge of the driveway surface.

***Observations***

The house is on a mountainous lot that slopes down from the west to the east. The surface grade surrounding the residence slopes down away from the residence along the north, east, and south elevations, with areas along the west elevation sloping toward the structure.

The back, stone paver patio is off the main level of the residence, at the south end of the west elevation (Photograph 5). The patio measures approximately 21 feet in the east-west direction and 24 feet in the north-south direction, between the north wall of the garage and the south wall of the laundry room. At the time of the site study, an accumulation of snow and ice was along the shaded south and west edges of the patio (Photograph 6).

Various assorted cracks are in the stone pavers and mortar joints across the entire surface of the back patio. A crack is along a mortar joint at the north end of the step landing just outside of the sliding glass door (Photograph 7). The crack extends down the west face of the step (Photograph 8). Cracks are across the stones and in the mortar joints within the southwest quadrant of the patio (Photograph 9). A paver crack with an elevation differential of ¼ inch is at the extreme southwest corner of the patio (Photograph 10). Several mortar joint cracks extend beneath the snow and ice cover on the patio. The assorted cracks in the stone and mortar joints at the step landing and within the south half of the patio vary in width, up to approximately ⅛ inch in width (Photograph 11). The crack

openings typically have clean, sharp, and distinct edges and a lack of debris within the openings (Photograph 12).

Cracks are also in the stone pavers at the northwest corner of the patio (Photographs 13). Cracked, displaced, and missing mortar is in the joints between several stones at the northwest corner of the patio (Photograph 14). The stone and mortar cracks within the northwest quadrant of the patio vary in width, up to approximately ⅛ inch in width. The crack surfaces are generally weathered, with rounded and worn edges of the crack surfaces and an accumulation of debris within the openings (Photograph 15).

A majority of the interior wall, ceiling, and floor finishes within the basement, main, and upper levels of the residence have been previously removed (Photograph 16). The removed finishes have exposed the plywood floor sheathing and various wall and floor framing elements.

Within the basement, the window openings along the east exterior wall each consist of two casement windows on either side of a larger fixed window (Photograph 17). Each of the six, individual window units consist of a single-pane exterior window with removable storm-window inserts. The two, middle storm-window inserts are cracked at each of the basement window openings (Photograph 18).

Within the main level of the residence, two window units consisting of a single-pane exterior window with removable storm-window inserts are on either side of the sliding glass door to the back patio (Photograph 19). The interior storm-window inserts have been previously removed; however, water stains are on the interior side of the exterior glass windowpane (Photograph 20). Similar water stains are on the interior side of the exterior glass window panes at the south end of the kitchen, where the interior storm-window inserts have been removed (Photograph 21). The north edge of the interior, storm-window insert in the window at the north end of the west wall in the office is cracked (Photograph 22).

Condensation, staining, and water streaks are within the glass panes of the four double-pane window units installed in the angled walls within the dining room (Photographs 23 and 24). Portions of the perimeter seals are deteriorated, shifted, and/or missing around the interiors and exteriors of each of the windows (Photographs 25 and 26). Water stains are within the glass panes of the two, middle double-pane windows in the east wall of the family room (Photograph 27).

Two window openings are in the west wall of the stairwell from the main level to the upper level (Photograph 28). Water stains are within the glass panes of the bottom double-pane window. Condensation and water stains are between the exterior single-pane and the removable interior storm-window insert of the upper window (Photograph 29).

Within the upper level, the south storm-window insert in the window in the east wall of the south guest bedroom is cracked (Photograph 30). Condensation and water stains are between the exterior single-panes and the removable interior storm-window inserts of the three window units in the south wall of the bathroom and the two window units in the east wall of the hallway nook (Photographs 31 and 32). Condensation is between the exterior single-pane and the removable interior storm-window insert of the window in the east wall of the north guest bedroom (Photograph 33).

Condensation, staining, and water streaks are within the glass panes of the six double-pane window units within the library (Photographs 34 and 35). Portions of the perimeter seals are deteriorated, shifted, and/or missing around the interiors and exteriors of each of the windows (Photograph 36). The interior glass pane is cracked at the middle lower edge of the west window in the north angled wall (Photograph 37). Water stains are on the interior, wood-paneling wall finish off the upper and lower corners of the two windows at the northwest corner of the library (Photograph 38).

Condensation is between the exterior single-panes and the removable interior storm-window inserts of the casement windows on either side of the picture window in the east wall of the master bedroom (Photograph 39). Water streaks are within the glass panes of the double-pane picture window unit in the east wall of the master bedroom (Photograph 40).

Water stains are between the exterior single-panes and the removable interior storm-window inserts of the six window units in the west half of the lookout (Photograph 41). Condensation, staining, and water streaks are within the glass panes of the four double-pane window units in the east half of the lookout (Photographs 42).

***Soil Survey Data***

The soil properties obtained from the online Web Soil Survey, a service provided by the United States Department of Agriculture (USDA) Natural

Resources Conservation Service, indicate that the soils in the area of the subject property are part of the Grimstone-Peeler-Rock and Lininger-Trag complexes. The soil profile includes sandy loam, sandy clay loam, gravelly loamy sand, and gravelly sandy clay loam. The underlying soils at this site consist primarily of inorganic clayey materials of medium to high plasticity, clayey and silty gravels, and clayey and silty sands (CL, ML, GC, GM, SC, and SM). These soils have expansive (shrink/swell) potential, with a slow infiltration rate and low permeability. The soils have measured liquid limits (LL) ranging from 20 to 35. The plasticity index (PI) of the material ranges from 5 to 15. Based on the liquid limits and the plasticity indices, the clayey soils at the subject site are susceptible to potential volumetric changes associated with fluctuating soil moisture conditions and can cause uneven relative foundation movements. These soils are rated by the USDA as "very limited" for dwellings with basements based on slope and depth to soft bedrock considerations.

***Key Concepts***

*Foundation Settlement*

Foundation settlement and movement can be caused by building on expansive clay, compressible or improperly compacted fill soils, or improper maintenance of surface water drainage around foundations. Whatever the cause, settlement can destroy the value of structures and even render them unsafe. Water is the basic culprit in most expansive soil problems. Specific constituents of certain soils tend to swell or shrink with variations in moisture. The extent of this movement varies from one soil to another.

Those soils highest in clay content are generally more susceptible to expansion, while soils lowest in clay content are the least affected. The movement can be insignificant or quite pronounced.

When unstable soils are used as a base for a foundation, the tendency for movement is transmitted to the foundation. Since soil movement is rarely uniform, the foundation is subjected to a differential movement. The problem occurs in slabs and pier-and-beam-type foundations. If all the soil beneath a foundation swells uniformly, problems are often avoided. Problems occur, however, when only part of the foundation heaves or settles. Then, the differential movement of the soil supporting the foundation causes cracks or other damages.

In residential properties, settlement problems can result in potential damage to the structure, potential accidents, and loss of real estate value. Poor drainage, tripping hazards, rough floors, unsightly cracks, and equipment malfunctions may also result from settlement.

*Moisture in Soil*

The key to loading earth with a foundation is to control the moisture in the soil. Well-compacted and maintained soil has two physical properties that allow it to hold together. The first of these is the attractive nature of the particles, or cohesion. Moisture in the soil can neutralize this attraction. The second property is shear resistance. Because of their shape, individual soil particles rub against one another and lock into place. As the soil moisture increases to a point where the buoyancy overcomes the interlocking shape of the particles, the soil loses its ability to carry weight. In other words, as the moisture in the soil increases, the soil's ability to carry weight decreases.

*Insulated Glass Windows*

Insulating glass works by isolating a dry gas between two panes of glass using a durable, flexible seal. The resulting air space acts as the insulation. As the window ages, the seal becomes decreasingly effective at keeping out air from the surrounding environment. Once the seal is broken, moisture in the air is introduced between the panes. Cyclic thermal expansion and contraction of the gas between the panes draws in air and moisture. During cold weather conditions, condensation forms between the panes.

Many factors lead to failures of the seals: opening and closing the windows; changes in wind direction; temperature fluctuations; opening and closing doors in the house; and changes in atmospheric pressure all cause cyclic stresses on the windowpanes, frames, and seals. Exposure to radiation from the sun and environmental pollutants can also cause stress to window seals. Impact from insects, birds, rain, hail, and other objects can also contribute to wear. Such impacts will rarely break the seal of a healthy window, but they can be the last straw for one already weakened by age and exposure. Expansion and contraction of the air trapped between the panes can repeatedly flex the panes back and forth. Exposing the seals to water can also decrease their performance. Over time, the repeated wear takes its toll. Studies indicate that even properly installed, high-quality windows have a 1-percent failure rate after 10 years and a 3-percent rate

after 15 years. Lower-quality windows can expect to have even higher failure rates. Failure rates increase with windows receiving more direct sunlight.

*Double-Pane Windows*

The average lifespan of a vinyl window varies widely according to the window manufacturer and quality, but most manufacturers offer warranties of 20 to 30 years. The National Association of Home Builders published a table that stated that the average life expectancy of aluminum or vinyl windows is 20 to 30 years.[1]

Failure of vinyl windows often occurs in the form of frame distortion and/or failed window seals. Frame distortion is common with south- and west-facing orientations because these windows receive the most sunlight. With time, ultraviolet (UV) light degrades the vinyl until it is dimensionally too unstable to withstand the heat from the sun, which causes it to distort. This warping can result in non-operational windows and/or put pressure against the windowpanes or perimeter seals.

The condensation between windowpanes is the result of failed window seals. Window seals are the most common point of window failure. A double windowpane is essentially two windowpanes separated by an aluminum spacer bar and an adhesive to seal the windows together. This seal can fail because of frame distortion or age-related deterioration of the sealant. The fog between the windowpanes means that the seal has failed and humid air is entering between the panes. As the trapped air between windowpanes heats up from sunlight, it will expand and force air out of the broken seal. Then, as the window cools at night or during a rainfall, the panes will contract, causing the window to suck humid air between the panes (Figure 1). When temperature conditions are correct, this humid air causes condensation to form.

---

[1] Life Expectancy of Household Components – Developed for the National Association of Home Builders. U.S. Department of Housing and Urban Development's Residential Rehabilitation Inspection Guide, 2000.




**Figure 1: Thermal Expansion and Contraction of Windows**

***Conclusions***

The Terranova residence is constructed in an area that is known to have expansive soils with shrink-swell potential. The soils at the site are vulnerable to volumetric changes with fluctuations in moisture content of the soil. Changes in the moisture content of moisture-sensitive, expansive soils induce swelling and/or settlement. During wet climatic periods, moisture influx can cause swelling of the soil. Moisture efflux, resulting from dry climatic conditions, can cause consolidation of the soils and, subsequently, the foundation. Variations in the moisture content of the soil, such as climatic conditions and vegetation effects, in addition to the runoff drainage conditions around the perimeter of the residence, cause differential foundation movement.

The finished grade adjacent to a structure should slope away from the foundation to provide positive drainage. Areas of inadequate surface drainage are around the residence, primarily along the west elevation, where the grade adjacent to the residence is flat or negatively sloped, causing roof and surface run-off to accumulate adjacent to the structure. This causes absorption of the excess water by the soils which contributes to differential movement.

Differential foundation movement occurs as a result of heave or settlement in the supporting soils. When foundation movements occur, stresses develop in the structure and finish materials, caused by the change in support conditions when the structure moves or distorts with the foundation. This differential vertical movement has resulted in the observed damages (cracks, separations, etc.) to the stone pavers and mortar joints at the back patio.

A majority of the areas of exterior cracks within the stone pavers and mortar joints within the northwest quadrant of the back patio are older in nature, as indicated by the weathered, rounded, and worn edges of the crack surfaces and an accumulation of debris within the cracks. These conditions are consistent with long-term movement as the result of an ongoing condition that has occurred over an extended period of time.

However, newer cracks in the stone pavers and mortar joints with clean, sharp, and distinct edges are within localized areas along the east edge and at the southwest corner of the back patio. These conditions are indicative of new damages and recent movement of the patio.

The broken pipe and subsequent water leak from within the residence that ultimately drained out and across the back stone paver patio, as reported by Ms. Worthan, did not independently cause the recent differential movement of the patio surface. However, the reported water loss event has contributed to the recent differential movement and relative heave/settlement of the back patio surface and has exacerbated the cracks within the stone pavers and mortar joints along the east edge and southwest corner of the back patio.

Condensation and water stains are on the inside surface of the exterior single-pane glass at numerous window units with removable interior storm-window inserts. These conditions are at windows on each level of the residence along both the east and west elevations. These window units are not designed or constructed as hermetically-sealed, double-paned windows, and should not be expected to perform as such. Continuous air movement around and behind the removable storm-window inserts exists as the inserts only clip into place on the interior of the window frame and are not permanently sealed. Condensation should be anticipated at these window units as temperature differential conditions warrant, particularly when warm, moist air from within the residence comes in contact with cooler, drier air exterior to the house. The condensation, resultant water streaks, and staining are cosmetic in nature and can be remedied by removing the storm-window insert and cleaning the glass surfaces. These window unit configurations should not be considered damaged or defective.

The observed condensation, water staining, and debris accumulation within the double glass panes at the identified window units at the Terranova residence are consistent with expected, long-term seal failure. The deterioration of the seals is the result of prolonged sun exposure and thermal expansion/contraction of both the glass panes and the air cavity during the installed lifetime of the window units.

Cracks are in the glass of the interior, removable storm-window inserts at two east-facing window units in the basement, one west-facing window in the main-level office, and one east-facing window in the upper-level, north guest bedroom. Additionally, the interior glass is cracked at a west-facing double-paned window in the library. The cracks are consistent with differential structural movement and minor framing deflections, in conjunction with expansion and contraction of the glass window panes resulting from seasonal fluctuations in ambient temperature and relative humidity. The broken windows are not the result of the recent water leak.

***Summary of Conclusions***

In summary, based on what is known at this time, I am of the opinion that:

- The cracks in the stone pavers and mortar joints on the back patio are the result of long-term soil movement.
- The reported broken pipe and subsequent leak contributed to and exacerbated the existing cracks along the east edge and southwest corner of the patio.
- The condensation within the exterior single-pane window units with removable interior storm-window inserts is not the result of the recent water leak. These window configurations are not damaged or defective.
- The condensation of moisture and the water stains between the panes of the insulating glass of the double-paned windows are the result of typical age-related deterioration of the seals at the perimeter of the units.
- The deterioration of the seals is the result of prolonged sun exposure and thermal expansion/contraction of both the glass panes and the air cavity during the installed lifetime of the double-paned window units.
- The cracks on the interior panes of the five identified windows are consistent with differential structural movement and minor framing deflections, in conjunction with expansion and contraction of the glass window panes.

- The cracked windows are not the result of the recent water leak.

This report is based on relevant information known to Donan at the time the report is issued. Donan reserves the right to amend or supplement this report if additional relevant information becomes available.

We appreciate your confidence in our professional services.

Sincerely,

DONAN ENGINEERING CO., INC.

Michael R. Stark, P.E.
Forensic Engineer
Colorado P.E.: 44421
Expires: October 31, 2017

Signed by: Michael R. Stark, P.E.
Date: 2017.03.06 09:25:08 --7



Photograph 1: Front, east-facing elevation of the residence.



Photograph 2: North elevation of the residence.



Photograph 3: Bask, west-facing elevation of the residence.



Photograph 4: South elevation of the attached garage at the south end of the residence.



Photograph 5: Back, stone paver patio at the south end of the west elevation.



Photograph 6: Accumulated snow and ice along the shaded south and west edges of the back patio.



Photograph 7: Recent crack in the mortar joint at the north end of the step landing outside the sliding glass door to the back patio.



Photograph 8: Mortar crack extends down over west side of step landing.



Photograph 9: Cracks in the stone pavers and mortar joints at the southwest corner of the patio.




Photograph 10: Elevation differential of ¼ inch across crack in a stone paver at the southwest corner of the back patio.




Photograph 11: Mortar joint crack in the step landing is up to approximately ⅛ inch in width.



Photograph 12: Mortar joint crack in the step landing has clean, sharp, and distinct edges.



Photograph 13: Crack in a stone paver at the northwest quadrant of the back patio.



Photograph 14: Mortar joint cracks and separations at the northwest quadrant of the back patio.



Photograph 15: The crack edges within the northwest corner of the back patio are weathered, with rounded and worn edges, and an accumulation of debris within the openings.



Photograph 16: A majority of the interior wall, ceiling, and floor finishes have been previously removed, seen here looking to the north from the south end of the main level.



Photograph 17: Window opening at the north end of the east wall in the basement.



Photograph 18: Crack in the glass pane of the interior, removable storm-window insert within the middle window unit at the north end of the east basement wall.



Photograph 19: Sliding glass door to the back patio with two casement windows on either side.



Photograph 20: Water stains are along the base of the inside surface of the exterior, single-pane window. Note the interior, storm-window insert has been previously removed.



Photograph 21: Water stains are along the bottom of the inside surface of the exterior, single-pane window at the south end of the east wall in the kitchen.



Photograph 22: Crack along the north edge of the interior, storm-window insert at the north end of the west wall in the office.



Photograph 23: Condensation and water stains are within the glass panes of the four, double-paned windows along the west wall of the dining room.



Photograph 24: Condensation and water stains within a double-paned dining room window.



Photograph 25: Torn and displaced seal along the top exterior of a double-paned window in the north wall of the dining room.



Photograph 26: Missing seal at an interior, upper corner of a double-paned window in the south wall of the dining room.



Photograph 27: Condensation is between the glass panes of the two, double-paned windows at the middle of the east wall in the family room.



Photograph 28: Window openings in the west wall of the stairwell; the lower window is double-paned and the upper has a single exterior pane with a removable, interior storm window insert.



Photograph 29: Condensation is along the base of the inside surface of the exterior, single-pane upper window in the stairwell.



Photograph 30: Crack in the glass pane of the interior, removable storm-window insert in the south window in the east wall of the north guest bedroom.



Photograph 31: Condensation and water stains on the inside surface of the exterior, single-pane window units in the south wall of the upper-level hallway bathroom.



Photograph 32: Condensation and water stains at the bottom of the inside surface of the exterior, single-pane window units in the east wall of the upper-level hallway nook.



Photograph 33: Condensation and water stains on the inside surface of the exterior, single-pane window unit in the east wall of the south guest bedroom.



Photograph 34: Condensation and water stains are within the glass panes of the six, double-paned windows within the library on the upper level of the residence.



Photograph 35: Condensation and water stains within a double-paned window in the south wall of the library.



Photograph 36: Displaced seal along the top exterior of a double-paned window in the south wall of the library.



Photograph 37: Crack at the bottom of the interior pane of a double-paned window in the north wall of the library.



Photograph 38: Water stains on the interior wall paneling wall finish off the lower corners of the windows in the north wall of the library.



Photograph 39: Condensation and water stains on the inside surface of the exterior, single-pane south (right) window unit in the east wall of the master bedroom.



Photograph 40: Water stains within the glass panes at the top of the double-paned window unit in the east wall of the master bedroom.



Photograph 41: Water stains are between the exterior single-panes and the removable interior storm-window inserts of the six window units in the west half of the lookout.



Photograph 42: Condensation, staining, and water streaks are within the glass panes of the double-paned window units in the east half of the lookout, seen here at the north-facing window.