Created By: NICBUL 03-07-2017 08:18 Clm#: 287152846039
Insured: TERRANOVA, VINCENT
Re: Note to CE - Engineer Report Review

Mandy,

Please see the Donan Engineering report in the file dated 3/6/17. Upon my review of the report, the engineer notes the damage to the window is due to wear & tear & deterioration of the seals. In regards to the patio, the engineer notes long-term soil movement as the cause for partial cracking in the patio grout; he also notes the water loss like exacerbated the existing cracks.

In terms of the policy, this appears to be excluded under the concurrent causation language as well as exclusion 9 for earth movement. What are your thoughts?

Nick



**EXHIBIT 6**