Safeco Insurance
A Liberty Mutual Company

Safeco Insurance Company of America
Sr. Claims Resolution Specialist II, Prop
PO Box 515097
Los Angeles, CA 90051

Mailing Address:
PO Box 515097
Los Angeles, CA 90051

Phone: (800) 332-3226
(509) 944-8325
Fax: (888) 268-8840

September 27, 2017

Vincent Terranova
43 W Ranch Trl
Morrison, CO 80465-9524

| | |
|---|---|
| Insured Name: | Vincent Terranova |
| Policy Number: | OY7555527 |
| Loss Date: | January 31, 2017 |
| Claim Number: | 287152846039 |

Dear Mr. Terranova,

Our commitment to you was to handle your claim quickly and efficiently, therefore, we wanted to inform you of the status of your claim.

We received notice that no further work has progressed at your home since the original demo and subfloor repairs. We understand that the weather is about to turn and could potentially cause further damage to your home without any heat. Please note we have previously paid to replace the heat system according to the bid provided by your contractor. Please be advised that it is your responsibility to protect your home from further damage and maintain your property, and we would be unable to cover any damages that ensue as a result of neglecting to do this.

Your contractor has advised that there may be further documentation to support the additional repair costs. To date, we have not received this information. We are also awaiting further information from you in order to process your claim to conclusion. We have requested this documentation from you several times in previous communications.

We have reached out to Don Greenless at your request, to inquire about any contents that may potentially become damaged from the cold weather, that are located in PODS on site. He was unable to give us an evaluation of anything located in them. We are happy to reach out to Mike Bettman if you would like us to, so that he may evaluate if any items located in the PODS should be moved to a climate control facility to prevent any damage. Again, it is your responsibility to protect the property from potential harm and damage. We would be happy to help in facilitating this.

The additional living expenses coverage is available to you for the reasonable timeframe needed in order to complete repairs. To date, we have not received any information from you regarding a lease, incurred rental payments, etc., to support what, if any, costs you've incurred for alternate housing. We have previously conveyed that the last date we will be able to cover any costs incurred will be through December 31st, 2017. We understand that you are back and forth between two residences, including your home in Colorado and a residence in the British Virgin

Islands and have been throughout this process. Four months is the reasonable time period agreed upon and necessary in order to complete the loss-related repairs to the home. We are unable to cover additional living expenses as a result of any delays that are within your control.

**We are still awaiting additional items in order to resolve your claim, please let us know the status of and submit the following information as soon as you have available:**

- Appliance technician report
- List of total loss content items with ages/original pricing for evaluation
- Pinball machine report/evaluation

If you need us to engage an expert to inspect the pinball machines and appliances, please let us know as soon as possible. We have previously offered to send an expert, but you had informed us you had engaged your own experts for this.

We now refer you to your policy form HOM-7030EP 1/09 HOMEOWNERS POLICY which states the following:

> **SECTION I — PROPERTY COVERAGES**
> **…**
>
> **BUILDING PROPERTY LOSSES WE DO NOT COVER**
>
> We do not cover loss caused directly or indirectly by any of the following excluded perils. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.
>
> These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area;
>
> **1.** freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing, while the dwelling is vacant, unoccupied or under construction, including being newly built, remodeled, reconstructed, renovated or repaired. This provision does not apply if you have used reasonable care to:
>
> > **a.** maintain heat in the building; or
> >
> > **b.** shut off the water supply and drain the system and appliances of water;
> > …
>
> **12. Neglect,** meaning your failure to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered.
> …
>
> **17. Weather** that contributes in any way with a cause or event not covered in this section to produce a loss. However, any ensuing loss caused by a covered peril and not otherwise excluded is covered.

…

**SECTION I — PROPERTY CONDITIONS**

**…**

**3. An Insured's Duties After Loss.** In case of a loss to which this insurance may apply, you must perform the following duties:

**a.** cooperate with us in the investigation, settlement or defense of any claim or suit;

**b.** give immediate notice to us or our agent;

**c.** notify the police in case of loss by theft;

**d.** protect the property from further damage, make reasonable and necessary repairs required to protect the property and keep an accurate record of repair expenses;

**e.** prepare an inventory of the loss to the building and damaged personal property showing in detail the quantity, description, ***replacement cost*** and age. Attach all bills, receipts and related documents that justify the figures in the inventory;

**f.** as often as we reasonably require:

**(1)** exhibit the damaged and undamaged property;

**(2)** provide us with records and documents we request and permit us to make copies; and

**(3)** submit to examinations under oath and subscribe the same. We may examine you separately and apart from your spouse, civil or ***domestic partner,*** or any other ***insured.***

You shall not interfere with us examining any other ***insured.***

**…**

**8. Suit Against Us.** No action shall be brought against us unless there has been compliance with the policy provisions.

…

We will follow up with you within 30 business days to confirm the status of your claim. If you have any questions or concerns, please contact me using the information below.

Safeco Insurance Company of America respectfully continues to reserve any and all rights and defenses under the policy and any applicable state laws, which may now exist or which may arise in the future. No waiver or estoppel of any kind is intended or should be inferred. We do not waive any of the terms, conditions or requirements of the policy.

Sincerely,

Mandy R. Winters

Mandy Winters
Sr. Claims Resolution Specialist II, Prop
Safeco Insurance Company of America
(800) 332-3226
(509) 944-8325 Fax: (888) 268-8840
mandy.winters@safeco.com