Safeco Insurance
A Liberty Mutual Company

Safeco Insurance Company of America
Sr. Claims Resolution Specialist II, Prop
PO Box 515097
Los Angeles, CA 90051

Mailing Address:
PO Box 515097
Los Angeles, CA 90051

Phone: (800) 332-3226
(509) 944-8325
Fax: (888) 268-8840

December 13, 2017

Vincent Terranova
43 W Ranch Trl
Morrison, CO 80465-9524

Insured Name: Vincent Terranova
Policy Number: OY7555527
Loss Date: January 31, 2017
Claim Number: 287152846039

Dear Mr. Terranova,

We have not heard or received anything from you since October. At that time, you had informed us you were gathering the remaining information needed in order to process your claim further.

To reiterate, and as a follow up to my letter to you dated 10/26/17, the additional living expenses coverage is available to you for the reasonable timeframe needed in order to complete repairs. To date, we have not received any information from you regarding a lease, incurred rental payments, etc., to support what, if any, costs you've incurred for alternate housing. We have previously conveyed that the last date we will be able to cover any costs incurred for temp housing and contents storage will be through **December 31st, 2017**. We have notified the vendors appropriately as well.

We understand that you continue to be traveling back and forth between two residences, including your home in Colorado and a residence in the British Virgin Islands and have been throughout this process. Four months is the reasonable time period agreed upon and necessary in order to complete the loss-related repairs to the home. We are unable to cover additional living expenses as a result of any delays that are or have been within your control.

Here's a recap of what we are still waiting for from you, in order to process the claim further:
**We are still awaiting additional items in order to resolve your claim, please let us know the status of and submit the following information as soon as you have available:**

- Appliance technician report
- List of total loss content items with ages/original pricing for evaluation
- Pinball machine report/evaluation

We understand that Nick Buller has also attempted to contact you to follow up as well. We will follow up with you within 30 business days to confirm the status of your claim. If you have any questions or concerns, please contact me using the information below.

Safeco Insurance Company of America respectfully continues to reserve any and all rights and defenses under the policy and any applicable state laws, which may now exist or which may arise in the future. No waiver or estoppel of any kind is intended or should be inferred. We do not waive any of the terms, conditions or requirements of the policy.

Sincerely,

Mandy R. Winters

Mandy Winters
Sr. Claims Resolution Specialist II, Prop
Safeco Insurance Company of America
(800) 332-3226
(509) 944-8325 Fax: (888) 268-8840
mandy.winters@safeco.com

Safeco Insurance
A Liberty Mutual Company

Safeco Insurance Company of America
Sr. Claims Resolution Specialist II, Prop
PO Box 515097
Los Angeles, CA 90051

Mailing Address:
PO Box 515097
Los Angeles, CA 90051

Phone: (800) 332-3226
(509) 944-8325
Fax: (888) 268-8840

September 11, 2018

Vincent Terranova
43 W Ranch Trl
Morrison, CO 80465-9524

| | |
|---|---|
| Insured Name: | Vincent Terranova |
| Policy Number: | OY7555527 |
| Loss Date: | January 31, 2017 |
| Claim Number: | 287152846039 |
| Underwritten by: | Safeco Insurance Company of America |

Dear Mr. Terranova,

We hope you and Lori are both doing well. This letter is a follow up to our letter sent on June 11, 2018.

We still have not heard or received anything from you or Lori since October, 2017. At that time, Lori had informed us you were gathering the remaining information needed in order to process your claim further. We are continuing to understand that you are dealing with the loss of your business and people you know and care about in the British Virgin Islands as a result of the hurricane. We are truly so very sorry for any added stress this may have caused to your situation and that the damages to your home in Colorado, may not be of urgent priority. We continue to be here for you, if there is anything we can do to help.

We would like to resolve this claim for you. We have recently reached out to your agent, Scott Wood, to inquire if he has received any communications from you or Lori. We have not received any new information from Scott to date.

As a recap of our prior communications to you, the additional living expenses coverage is available to you for the reasonable timeframe needed in order to complete repairs. The estimated timeframe to complete the necessary loss-related repairs is said to be approximately 4 months, therefore we can review any incurred costs for alternate housing for a 4 month timeframe. We are unable to cover additional living expenses as a result of any delays that are or have been within your control.

To re-iterate, as of today's date, we have not received any documentation from you regarding a lease, incurred rental payments, etc., to support what, if any, costs you've incurred for alternate housing while displaced. We have previously conveyed that the last date we will be able to cover any costs incurred for temp housing and contents storage will be through **December 31st, 2017**.

We have previously notified all companies where your items are all currently located, of the last date we will cover the storage through.
Here's a recap of what we are still waiting for from you, in order to process the claim further.

**We are still awaiting additional items in order to resolve your claim, please let us know the status of and submit the following information as soon as you have available:**

1. Appliance technician report
2. List of total loss content items with ages/original pricing for evaluation
3. Pinball machine report
4. Additional living expenses receipts

Please confirm where you are at with the status of repairs to your home and if any work has been completed. The last notification we received was that no work has progressed at your home since the original demo and subfloor repairs. As communicated previously, any additional damages resulting to your home while it was without heat during the winter months, would not be covered under this claim.

As you are aware, we have already paid to replace the heat system according to the bid provided by your contractor. Please be advised that it is your continued responsibility to protect your home from further damage and maintain your property, and we would be unable to cover any damages that ensue as a result of neglecting to do this.

Your contractor has also communicated to us that there may be further documentation to support the additional repair costs submitted. To date, we have not received this information. We would still like to engage a local contractor in the re-inspection of your home so that we can come to an agreed scope and cost for the repairs. We continue to ask that you please allow for this inspection to take place as soon as possible.

We have also previously addressed the issue of the contents packed into PODS onsite. After speaking with your contractor, Don Greenless, he was unable to give us an evaluation of anything located in them. Also as conveyed in previous communications, we are happy to reach out to Mike Bettman from Colorado Arts if you would like us to, so that he may evaluate if any items located in the PODS should be moved to a climate control facility to prevent any damage.

Again, it is your responsibility to protect the property from potential harm and damage. We would be happy to help in facilitating this.

We now refer you to your policy form HOM-7030EP 1/09 HOMEOWNERS POLICY which states the following:

> **SECTION I — PROPERTY COVERAGES**
>
> **…**
>
> **BUILDING PROPERTY LOSSES WE DO NOT COVER**
>
> We do not cover loss caused directly or indirectly by any of the following excluded perils. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area;

**1.** freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing, while the dwelling is vacant, unoccupied or under construction, including being newly built, remodeled, reconstructed, renovated or repaired. This provision does not apply if you have used reasonable care to:

> **a.** maintain heat in the building; or
>
> **b.** shut off the water supply and drain the system and appliances of water;
> …

**12. Neglect,** meaning your failure to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered.
…

**17. Weather** that contributes in any way with a cause or event not covered in this section to produce a loss. However, any ensuing loss caused by a covered peril and not otherwise excluded is covered.
…

**SECTION I — PROPERTY CONDITIONS**
**…**

**3. An Insured's Duties After Loss.** In case of a loss to which this insurance may apply, you must perform the following duties:

> **a.** cooperate with us in the investigation, settlement or defense of any claim or suit;
>
> **b.** give immediate notice to us or our agent;
>
> **c.** notify the police in case of loss by theft;
>
> **d.** protect the property from further damage, make reasonable and necessary repairs required to protect the property and keep an accurate record of repair expenses;
>
> **e.** prepare an inventory of the loss to the building and damaged personal property showing in detail the quantity, description, ***replacement cost*** and age. Attach all bills, receipts and related documents that justify the figures in the inventory;
>
> **f.** as often as we reasonably require:
>
> > **(1)** exhibit the damaged and undamaged property;

**(2)** provide us with records and documents we request and permit us to make copies; and

**(3)** submit to examinations under oath and subscribe the same. We may examine you separately and apart from your spouse, civil or ***domestic partner,*** or any other ***insured.***

You shall not interfere with us examining any other ***insured.***

**…**

**8. Suit Against Us.** No action shall be brought against us unless there has been compliance with the policy provisions.

…

In summary, please touch base with Nick Buller or I at your earliest convenience, to advise of when we would be permitted to inspect the property with a local contractor. We would like to continue to move toward a resolution of your claim. Please also advise as to when we might expect the additional information from you as outlined above. We will continue to follow up with you on the status.

If you have any questions, please contact Nick or I.

Sincerely,

Mandy R. Winters

Mandy Winters
Sr. Claims Resolution Specialist II, Prop
Safeco Insurance Company of America
(800) 332-3226
(509) 944-8325 Fax: (888) 268-8840
mandy.winters@libertymutual.com

CC: PGI - SCOTT WOOD