If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify me via return email and via telephone at 303-335-5385 and permanently delete the original and any copy of any email, attachment, and any printout thereof. Thank you.

---

**From:** Michael Stoycheff [mailto:michael@ai-mbc.com]
**Sent:** Thursday, February 14, 2019 9:48 AM
**To:** Buller, Nicholas <Nicholas.Buller@LibertyMutual.com>
**Cc:** Michael Stoycheff <michael@ai-mbc.com>
**Subject:** Terranova

Nick,

Wanted to touch base on this claim and let you know where we are at in our investigation. After walking the site with he insured's contractor I have noticed numerous structural issues with the house that have occurred due to the water loss. My initial concern is that the restoration company may have dried out the loss incorrectly causing some of these secondary damages. Did they provide you with drying records? I would like a copy of those if they did so I can try to understand their means and methodology they used to thaw out and dry the risk. Please send over if you have these. The insured has retained a new engineer, Derek Pumphrey from New Rome to complete a full structural analysis of the loss as well as a code analysis as Jefferson County has moved to the 2018 IBC. I believe we are looking at some significant code upgrades that are going to be required. When he has completed his analysis I will forward to you for review. At that time I think a site visit together would be in order so we can come an agreed scope. Thanks

**Michael Stoycheff**
*Executive National General Adjuster*
Adjusters International Matrix Business Consulting
340 E. 1st Avenue, Suite 300 | Broomfield, Colorado 80020
P: 888.321.5200 | M: 303.872.5917
michael@ai-mbc.com
**www.ai-mbc.com**

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.