If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify me via return email and via telephone at 303-335-5385 and permanently delete the original and any copy of any email, attachment, and any printout thereof. Thank you.

---

**From:** Michael Stoycheff <michael@ai-mbc.com>
**Sent:** Monday, October 21, 2019 9:25 AM
**To:** Winters, Mandy <Mandy.Winters@LibertyMutual.com>; Buller, Nicholas <Nicholas.Buller@LibertyMutual.com>
**Cc:** Michael Stoycheff <michael@ai-mbc.com>; L W <lw4242@msn.com>; Vinny Terranova <uglyvinny@gmail.com>
**Subject:** {EXTERNAL} Terranova POL and Submittals

Mandy & Nick,

I hope this finds you well. As promised please see the attached partial POL and all of the submittals backing up our claim for the above mentioned insured. I am sure you will need some time to review and formulate a rebuttal. Please advise as to its receipt and when we can expect a response. Thanks and have a great day.

**Michael Stoycheff**
*Executive National General Adjuster*
Adjusters International Matrix Business Consulting
340 E. 1st Avenue, Suite 300 | Broomfield, Colorado 80020
P: 888.321.5200 | M: 303.872.5917
michael@ai-mbc.com
www.ai-mbc.com

ADJUSTERS INTERNATIONAL MATRIX BUSINESS CONSULTING
The right way to settle claims®

SB SA 5926 McIntyre Street Golden, Colorado 80403 Phone: 303.425.7272 Fax: 720.345.0250

September 25, 2017

Ms. Lori Worthan
43 West Ranch Trail
Morrison, Colorado 80465

| | |
|---|---|
| Project Number: | 117133.00 (010) |
| Project Name: | Terranova @ 43 W Ranch Trail |
| Location: | 43 West Ranch Trail<br>Morrison, Colorado 80465 |
| Subject: | Follow-Up Observation Report |

Dear Ms. Worthan:

## PREAMBLE:

Per your request, SBSA, Inc. (SBSA) performed a follow-up observation at the residence located at 43 West Ranch Trail in Morrison, Colorado and reviewed information on the above-noted claim. This work was performed by Sameer Rampurawala, EI on August 10, 2017. The site observation included visual observations of the exterior and interior of the residence in order to evaluate claims of excessive deflection of floor sheathing and framing members. The results of the observation are presented herein. For the purposes of this report, the home faces east.

## BACKGROUND INFORMATION:

The building is a two-story single-family residence. According to the information provided, the home was built circa 1978. The foundation consists of cast-in-place concrete walls bearing on spread footings. The superstructure is constructed with conventional wood framing. The exterior is primarily clad in vertical siding boards.

SBSA was contacted to evaluate the condition of the residence following a radiant floor heater leak at the second floor. The leak was reportedly discovered in January 2017 and introduced approximately 14,000-gallons of water into the residence. The leak originated at the southeast bedroom baseboard heater. On May 10, 2017 SBSA performed visual observations of the exterior and interior of the residence including a relative level survey of the main floor framing.

Refer to the Observation Report issued on June 1, 2017 regarding repair recommendations from the initial site visit.

# FOLLOW-UP OBSERVATIONS:

## A. STRUCTURAL

### 1. FLOOR SYSTEM – WOOD FLOOR

The moisture-damaged floor sheathing in the building had been replaced with new 1/4 -inch thick OSB sheathing.

#### a. Warped Floor Sheathing




August 10, 2017, Disc OBS-2, Photograph 41, SSR, first floor sheathing, 1/2-inch vertical differential adjacent to north entry side of building.



August 10, 2017, Disc OBS-2, Photograph 41, SSR, first floor sheathing, 1/2-inch vertical differential adjacent to northeast side entrance of building.



August 10, 2017, Disc OBS-2, Photograph 50, SSR, first floor sheathing, 1-inch vertical differential near steps leading down toward fireplace.

## 2. FRAMING

Framing concerns at the building are also addressed by SBSA in the Observation Report issued on June 1, 2017.

### a. Corroded Beam Connections



August 10, 2017, Disc OBS-2, Photograph 28, SSR, corroded beam connection at second floor beams.

### b. Rotation in Exposed Wood Beam



August 10, 2017, Disc OBS-2, Photograph 24, SSR, rotation of beam relative to end bearing wall at entryway.



August 10, 2017, Disc OBS-2, Photograph 25, SSR, kitchen, rotation of beam relative to end bearing wall at entryway.



August 10, 2017, Disc OBS-2, Photograph 25, SSR, kitchen, misalignment of beam ends at kitchen partition wall.




August 10, 2017, Disc OBS-2, Photograph 36, SSR, great room, 3/4 - inch gap between floor joist and supporting beam.

c. **Out-of-level Door Frame**



August 10, 2017, Disc OBS-2, Photograph 61, SSR, door frame tilted toward partition wall near northeast side entrance of building.

## B. BUILDING ENVELOPE

### 1. FENESTRATIONS

Fenestration concerns at the building are also addressed by SBSA in the Observation Report issued on June 1, 2017.

#### a. Broken and Inoperable Window



August 10, 2017, Disc OBS-2, Photograph 89, SSR, basement, broken and inoperable window at northeast wall of the basement.

# CONCLUSIONS:

## A. STRUCTURAL

### 1. FLOOR SYSTEM – WOOD FLOOR

#### a. Warped Floor Sheathing

The moisture-damaged floor sheathing in the building was replaced by new 1/4 -inch sheathing. Warping is present at the partition wall adjacent to the northeast entrance of the building. Wood responds to changes in temperature or humidity by warping, which manifests as gaps between the boards, curling at the edges also referred to as "cupping," or the bulging in the middle also referred to as "crowning." The boards may cup or crown as evaporation of moisture occurs, even if they do not get wet. Excessively dry conditions, high temperatures, and direct sunlight can shrink the wood and create gaps between the boards. Based on the current conditions, the sheathing appears to have warped due to inadequate nailing or excessive drying and sunlight. No evidence of foundation settlement affecting the floor system is present.

### 2. FRAMING

#### a. Corroded Beam Connections

As stated in the Observation Report issued on June 1, 2017, the bolted steel angle connections at the second floor beams are corroded. The connections are tight and significant section loss was not present at any of the connections. Given the amount of water introduced by the leak, the surface corrosion of the connections was likely a result.

#### b. Rotation in Exposed Wood Beam

As stated in the Observation Report issued on June 1, 2017, longitudinal cracks are present at the 6x12 floor beams throughout. Twisting and shrinkage of the exposed timber framing are consistent with rapid changes in temperature and moisture content in the wood. Normal and expected drying of the wood beams does not result in the amount of damage present in this home. Some minor checking and shrinkage of the wood will occur naturally due to moisture contents in the timbers reaching equilibrium. However, the checking and separation of the exposed timber framing throughout the residence is substantial and beyond expected performance.

In addition to the observed beam checking, twist of the framing has created gaps and separation at some of the beam supports that would not have been present in original construction. The beam ends below the second floor sitting room and south wall of the southeast bedroom are both displaced and rotated at the supports.

The leak event led to high humidity levels at the residence which created an increase in the moisture content in the exposed timber framing. This rapid change in temperature and moisture content in the wood resulted in the increased longitudinal cracking, twisting, and shrinkage of the exposed timber framing beyond normal performance. This resultant damage is both cosmetic and functional damage to the

timber framing. Therefore, the resultant damage to the exposed timber framing is directly related to the water loss event.

**c. Out-of-level Door Frame**

The door frame is out-of-level at the header and a gap is present at head jamb connection. This is likely the result of swelling and shrinkage of the wood due to the changes in moisture content.

## B. BUILDING ENVELOPE

### 1. FENESTRATIONS

**a. Broken and Inoperable Windows**

As stated in the Observation Report issued on June 1, 2017, multiple cracked and inoperable windows are present throughout the residence. The leak event introduced additional moisture and humidity into the residence that saturated the window framing. The increased moisture content of the window framing, in turn, caused swelling of the window framing. The water leak reportedly occurred in January 2017. During this time, external temperatures were below the freeze point of water. When water freezes, it expands in volume. The expansion of water as it froze caused additional swelling of the window framing and increase pressure on the glass panes. The increased pressure then resulted in broken glass panes and inoperable windows.

# REPAIR RECOMMENDATIONS:

## A. STRUCTURAL

### 1. Floor System – Wood Floor

#### a. Warped Floor Sheathing

- Repair or replace the warped floor sheathing near the northeast entry of the residence.

### 2. Framing

#### a. Corroded Beam Connections

- Wire-brush the existing connections to remove oxidation.
- Coat the existing connections with rust resistant primer paint.

#### b. Exposed Wood Beam Resultant Damage

- The torsional displacement alters the bearing condition at each end of the exposed beam. While this has limited impact on the structural performance of the beam, this altered alignment and increased checking alters the original aesthetic and prevents reinstallation of properly aligned and detailed wall finishes. Remove and replace the existing beam in kind.

#### c. Tilted Door Frame

- Remove and replace the door frame to be level at the head.

## B. BUILDING ENVELOPE

### 1. Fenestrations

#### a. Broken and Inoperable Windows

- Remove and replace all broken and/or inoperable windows throughout.

**Limitations of Liability:**

The determinations and results described in this report are based upon information available at the time of the observation and preparation of this report. Should additional information or unknown conditions be uncovered or made available, SBSA retains the right to revise and supplement this report accordingly.

In addition, this report is a general summary of writings, recordings, photographs, and other information, which is available for review and placed within the job file. To the extent assumptions were made relating to the contents of this report, not all such assumptions are stated within this report or in SBSA's job file. A description of such assumptions can only be identified if specific questions are directed at discrete issues because many of such assumptions are incorporated in SBSA's experience, training, education, and judgment.

The professional determinations presented in this report have been developed using that degree of care and skill ordinarily exercised under similar circumstances by professional engineers practicing in this locality. Aside from this standard, no warranty, either expressed or implied, is made as to the professional determinations expressed in this report. It is understood that SBSA is not responsible or liable for the accuracy or adequacy of a design performed by others, and that the responsibility for the original design rests with the Owner of the structure, the General Contractor, and the design professional of record for the structure.

Sincerely,

**SBSA, Inc.**

Observed by,
Sameer Rampurawala, EI
Forensic Specialist

Reviewed by,
Jerod Faris, MSCE, PE
Residential Project Manager

SSR:JBF:jk

Attachments: Observation Photographs

k:\2017\11713300\010 - preliminary observation\02 reports and attachments\terranova follow-up observation report.docx

SB SA
5926 McIntyre Street Golden, Colorado 80403 Phone: 303.425.7272 Fax: 720.345.0250

June 1, 2017

Ms. Lori Worthan
43 West Ranch Trail
Morrison, Colorado 80465

| | |
|---|---|
| Project Number: | 117133.00 (010) |
| Project Name: | Terranova @ 43 W Ranch Trail |
| Location: | 43 West Ranch Trail<br>Morrison, Colorado 80465 |
| Subject: | Observation Report |

Dear Ms. Worthan:

## PREAMBLE:

Per your request, SBSA, Inc. (SBSA) observed the residence located at 43 West Ranch Trail in Morrison, Colorado and reviewed information on the above-noted claim. This work was performed by Andrew J. Rudeen, MAE, EI on May 10, 2017. The site observation included visual observations of the exterior and interior of the residence, as well as a relative level survey of the main floor joists and basement slab-on-ground. The results of the observation are presented herein. For the purposes of this report, the home faces east.

## BACKGROUND INFORMATION:

The building is a two-story single-family residence. According to information provided, the home was built circa 1978. The foundation consists of cast-in-place concrete walls bearing on spread footings. The superstructure is constructed with conventional wood framing. The exterior is primarily clad in vertical siding boards.

SBSA was contacted to evaluate the condition of the residence following a radiant floor heater leak at the second floor. The leak was reportedly discovered in January 2017 and introduced approximately 14,000-gallons of water into the residence. The leak originated at the southeast bedroom baseboard heater. The interior finishes in the basement and first floor had been completely removed prior to SBSA's site visit. The floor finishes and 2-feet of drywall above the second floor framing had also been removed.

# OBSERVATIONS:

## A. STRUCTURAL

### 1. FOUNDATION SYSTEM

#### a. Foundation Performance

SBSA performed a relative level survey of the main floor framing. A relative level survey is only intended to determine relative out-of-levelness at the time of the survey and is used in conjunction with review of current resultant damage to determine the extent of differential foundation movement. A relative level survey of this type with the equipment SBSA utilizes is considered accurate to within plus or minus 1/8-inch. The relative level surveys focused on the structural points of bearing. The first floor framing and foundation are structurally connected to each other. Therefore, a point-of-bearing survey is adequate for the evaluation of the survey when used in combination with the manifestation of resultant damages. Typical construction standards allow for 1-inch elevation change over a distance of 20-feet (L/240).

Based on the results of the relative level survey of the main floor, the total out-of-levelness was determined to be 1-1/16-inches with the low spot occurring at center of the north foundation wall in the northeast crawlspace. The maximum slope of the main floor framing is located at the low spot, which slopes upward toward the east 8/16-inch over a distance of approximately 10-feet (L/240).

The majority of the first floor finishes, with the exception of the north end of the residence, had been removed prior to SBSA's site visit. The damages present at the north end of the residence were reportedly present prior to the leak in the radiant floor heater.

### 2. FLOOR SYSTEM – BASEMENT SLAB-ON-GROUND

#### a. Slab-on-Ground Performance

SBSA also performed a relative level survey of the basement slab-on-ground. Based on the results of the relative level survey of the basement slab, the total out-of-levelness was determined to be 13/16-inch with the low spot occurring at center of the north foundation wall in the basement. The maximum slope of the main floor framing occurs at the southwest corner of the basement, which slopes downward toward the north 11/16-inch over a distance of approximately 10-feet (L/174). Isolated slab cracks are present at the center of the basement slab. There is no correlating distress in the slab or the adjacent stone finish that is consistent with post construction slab movement.

### 3. Floor System – Wood Floor

#### a. Moisture Damaged Floor Sheathing




May 10, 2017, Disc OBS-1, Photograph 40, AJR, first floor sheathing, water damaged floor sheathing at the kitchen and sitting room. The floor decking deflects under foot.



May 10, 2017, Disc OBS-1, Photograph 72, AJR, first floor sheathing, 3/8-inch vertical differential at the sitting room adjacent to the fireplace. The floor decking deflects under foot.



May 10, 2017, Disc OBS-1, Photograph 62, AJR, first floor sheathing, stained floor sheathing below refrigerator in the kitchen.



May 10, 2017, Disc OBS-1, Photograph 106, AJR, east second floor bedroom, water stained and warped floor sheathing. Damaged drywall finishes had been removed prior to SBSA's observation.



May 10, 2017, Disc OBS-1, Photograph 108, AJR, south second floor bedroom, water stained and warped floor sheathing. The plumbing leak occurred at the southeast corner of the bedroom. Damaged drywall finishes had been removed prior to SBSA's observation.

## 4. Framing

### a. Corroded Beam Connections



May 10, 2017, Disc OBS-1, Photograph 74, AJR, second floor wood beam connections.





EXHIBIT 12



May 10, 2017, Disc OBS-1, Photograph 80, AJR, corroded beam connection at second floor beams. No visible signs of distress or failures are present.



May 10, 2017, Disc OBS-1, Photograph 81, AJR, corroded beam connections at second floor beams. No visible signs of distress or failures are present.

**b. Increased Checking and Torsion in Exposed Wood Beam**



May 10, 2017, Disc OBS-1, Photograph 95, AJR, second floor sitting room, checking of beam above second floor sitting room.



May 10, 2017, Disc OBS-1, Photograph 58, AJR, entryway, the beam is displaced from the support.



May 10, 2017, Disc OBS-1, Photograph 59, AJR, beam support at entryway, 1-inch lateral displacement of beam end at support condition. The toenailed fasteners between the beam and wall framing are corroded.




May 10, 2017, Disc OBS-1, Photograph 69, AJR, kitchen, visible rotation of beam end at support condition at beam between kitchen and living room.

## B. CIVIL

### 1. FLATWORK

#### a. Cracked Flagstone Patio



May 10, 2017, Disc OBS-1, Photograph 14, AJR, west elevation, cracked mortar joints and stone pavers at rear patio.



May 10, 2017, Disc OBS-1, Photograph 16, AJR, west elevation, cracked mortar joints at rear patio steps.

# C. BUILDING ENVELOPE

## 1. FENESTRATIONS

### a. Broken Windows



May 10, 2017, Disc OBS-1, Photograph 97, AJR, library, broken window at northwest wall of library.



May 10, 2017, Disc OBS-1, Photograph 114, AJR, basement, broken window at northeast corner of the basement.

# CONCLUSIONS:

## A. STRUCTURAL

### 1. FOUNDATION SYSTEM

#### a. Foundation Performance

Based on the results of the relative elevation survey of the main floor framing, minimal differential movement of the foundation system has occurred. The maximum slope of the foundation occurs at the north foundation wall in the crawlspace below the den. No visible damages to the floor decking, framing, or foundation wall were visible at this area. This indicates the out-of-levelness occurred before the reported leak.

In addition, the majority of the foundation system in the full basement is within typical construction tolerances. The maximum slope of the floor framing above the full basement occurs at the southeast corner of the basement and slopes toward the north 6/16-inch over a distance of approximately 8-feet (L/256). Based on this, any minor differential movement occurring at the residence likely occurred before the leak.

### 2. FLOOR SYSTEM – BASEMENT SLAB-ON-GROUND

#### a. Slab-on-Ground Performance

As discussed, minimal differential movement of the basement slab-on-ground has occurred as a result of the reported leak. The entire slab is under 1-inch out-of-level with isolated locations that exceed typical construction tolerances. Based on this, no repairs to the basement slab-on-ground are required at this time.

### 3. FLOOR SYSTEM – WOOD FLOOR

#### a. Moisture Damaged Floor Sheathing

The floor sheathing at the first floor reportedly consisted of two layers of sheathing prior to the leak occurring. The top layer of the sheathing had been removed prior to SBSA's observation. The bottom layer of sheathing was left in place.

The exposed sheathing at the first floor is stained and visibly warped due to the introduction of water from the second floor leak. The sheathing deflected and cracked under light pressure. Similar conditions are present at the second floor sheathing. Water staining and warping are present ranging from the master bedroom door to the south wall of the hall bathroom. Based on the observed conditions, the sheathing at the first and second floor is not adequate to be built on for structural framing purposes as the structural integrity has been reduced.

### 4. FRAMING

#### a. Corroded Beam Connections

The bolted steel angle connections at the second floor beams are corroded. The connections are tight and significant section loss was not observed at any of the

connections. Given the amount of water introduced by the leak, the surface corrosion of the connections was likely a result.

**b. Increased Checking and Torsion in Exposed Wood Beam**

Longitudinal cracks (checking) are present at the 6x12 floor beams throughout. Checking, twisting, and shrinkage of the exposed timber framing are consistent with rapid changes in temperature and moisture content in the wood. Normal and expected drying of the wood beams does not result in the amount of damage present in this home. Some minor checking and shrinkage of the wood will occur naturally due to moisture contents in the timbers reaching equilibrium. However, the checking and separation of the exposed timber framing throughout the residence is substantial and beyond expected performance.

In addition to the observed beam checking, twist of the framing has created gaps and separation at some of the beam supports that would not have been present in original construction. The beam ends below the second floor sitting room and south wall of the southeast bedroom are both displaced and rotated at the supports.

The leak event led to high humidity levels at the residence which created an increase in the moisture content in the exposed timber framing. This rapid change in temperature and moisture content in the wood resulted in the increased longitudinal cracking, twisting, and shrinkage of the exposed timber framing beyond normal performance. This resultant damage is both cosmetic and functional damage to the timber framing. Therefore, the resultant damage to the exposed timber framing is directly related to the water loss event.

## B. CIVIL

### 1. FLATWORK

**a. Cracked Flagstone Patio**

Mortar joint separations are present at the flagstone patio and the rear of the residence and are the result of water from the reported leak penetrating the soils below and freezing. When water freezes, the volume increases approximately 9-percent. The increased volume resulted in an increased vertical pressure under the flagstone patio. The resultant damages manifested as separated mortar joints and isolated flagstone cracks. There is limited debris in the mortar crack and the edges of the cracking remain sharp; there is no evidence of aging in the separation.

## C. BUILDING ENVELOPE

### 1. FENESTRATIONS

#### a. Broken and Inoperable Windows

Multiple cracked and inoperable windows are present throughout the residence. The leak event introduced additional moisture and humidity into the residence which saturated the window framing. The increased moisture content of the window framing, in turn, caused swelling of the window framing. The water leak reportedly occurred in January 2017. During this time, external temperatures were below the freeze point of water. When water freezes, it expands in volume. The expansion of water as it froze caused additional swelling of the window framing and increase pressure on the glass panes. The increased pressure then resulted in broken glass panes and inoperable windows.

# REPAIR RECOMMENDATIONS:

## A. STRUCTURAL

### 1. Foundation System

#### a. Differential Vertical Foundation Movement

- No structural repairs to the foundation are required.

### 2. Floor System – Basement Slab-on-Ground

#### a. Differential Vertical Slab-on-Ground Movement

- No repairs to the basement slab-on-ground are required.

### 3. Floor System – Wood Floor

#### a. Moisture Damaged Floor Sheathing

- Remove and replace the first floor sheathing spanning from the north wall of the front entry to the south stairway.
- Remove and replace the second floor sheathing in the east bedroom, south bedroom, and library.

### 4. Framing

#### a. Corroded Beam Connections

- Wire-brush the existing connections to remove oxidation.
- Coat the existing connections with rust resistant primer paint.

#### b. Exposed Wood Beam Resultant Damage

- The torsional displacement alters the bearing condition at each end of the exposed beam. While this has limited impact on the structural performance of the beam, this altered alignment and increased checking alters the original aesthetic and prevents reinstallation of properly aligned and detailed wall finishes. Remove and replace the existing beam in kind.

## B. CIVIL

### 1. Flatwork

#### a. Cracked Flagstone Patio

- Re-point the mortar joints where separation has occurred.

## C. BUILDING ENVELOPE

### 1. Fenestrations

#### a. Broken and Inoperable Windows

- Remove and replace all broken and/or inoperable windows throughout.

**Limitations of Liability:**

The determinations and results described in this report are based upon information available at the time of the observation and preparation of this report. Should additional information or unknown conditions be uncovered or made available, SBSA retains the right to revise and supplement this report accordingly.

In addition, this report is a general summary of writings, recordings, photographs, and other information, which is available for review and placed within the job file. To the extent assumptions were made relating to the contents of this report, not all such assumptions are stated within this report or in SBSA's job file. A description of such assumptions can only be identified if specific questions are directed at discrete issues because many of such assumptions are incorporated in SBSA's experience, training, education, and judgment.

The professional determinations presented in this report have been developed using that degree of care and skill ordinarily exercised under similar circumstances by professional engineers practicing in this locality. Aside from this standard, no warranty, either expressed or implied, is made as to the professional determinations expressed in this report. It is understood that SBSA is not responsible or liable for the accuracy or adequacy of a design performed by others, and that the responsibility for the original design rests with the Owner of the structure, the General Contractor, and the design professional of record for the structure.

Sincerely,

**SBSA, Inc.**

Observed by,
Andrew J. Rudeen, MAE, EI
Forensic Specialist

COLORADO LICENSED
LIBERTY L. LEWIS
41401
6/1/17
PROFESSIONAL ENGINEER

Reviewed by,
Liberty L. Lewis, PE, NAFE
Senior Vice President – Construction Design Compliance

AJR:LLL:jk

Attachments: Observation Photographs

k:\2017\11713300\010 - preliminary observation\02 reports and attachments\terranova observation report.docx