Created By: NICBUL 11-20-2019 15:22 Clm#: 287152846039
Insured: TERRANOVA, VINCENT
Re: FS Re-Inspection Summary

FS Re-Inspection Summary

FS met onsite with insured's significant other, Lori Wortham, Public Adjuster Michael Stoycheff (Adjuster's Int'l), Derek Pumphrey (New Rome Enterprises - engineer), Don Greenless (Grey Eagle Builders), Michael Stark (Donan Engineering), Scott Sarkisian (All Phase Restoration) and Kimberly Albert (PPS).

FS walked through the property with Michael Stark & Scott Sarkisian. Mr. Stark inspected the windows, stone patio and beams throughout the home; the Donan report is forthcoming.

FS and Scott Sarkisian walked through the home, discussed the damages, origin of the loss, nature of the damage, finishes in the home and repair method. We also viewed the exterior of the home as included in the Grey Eagle estimate is to replace all the windows and as such, replace all the siding in order to waterproof the windows. The information regarding the windows and siding was provided by Michael Stoycheff while onsite. Additionally, the Grey Eagle estimate includes to fully gut the master bathroom as they believe the home was not properly mitigated by American Restoration and that there was a posibility moisture was in the walls. This information again was provided by Michael Stoycheff. Upon visual inspection of common walls with the Master Bathroom that were exposed, there was no evidence of water on any insulation or drywall. Holes were previously (prior to inspection) cut in ceiling drywall in the hallway and hall bathroom (upper level) and no evidence of moisture found in attic or on attic insulation. No mold found either.

At this time, we are pending the Donan updated engineering report and will update the repair estimate where appropriate.

FS will upload photos from inspection.



**EXHIBIT 13**