**Rougeau, Darrell**

**From:** Rougeau, Darrell
**Sent:** Thursday, March 09, 2017 10:58 AM
**To:** 'bill@american-restoration.com'
**Subject:** Terranova #2871 5284 6039

**Hello,**

**Thank you for the estimate for review for the services performed for the above mentioned insured. I have everything I need to issue payment but do need a couple revisions made to the estimate.**

1. **Please change the line items for Water remediation tech hrs for additional labor for removal of tile over wood to General labor hrs.**
2. **Please reduce the equipment charges for the Bath, office, and Dining room to 14 days due to equipment billing is 1 day for every 24hrs and equipment was placed 2/3-2/17, 14 days, per the Drying logs.**
3. **Please reduce the LGR dehu for the Basement Game room to 13 days equipment was placed 2/3-2-16.**
4. **Please reduce the Desiccant for the Basement Game room to 13 days due to it showed no progression from 2/16-2/17.**
5. **Please reduce the equipment charges for Bedroom 1 and Bedroom 2 to 8 days due to drying logs shows dry on 2/11.**
6. **Please reduce the equipment charges for Bedroom 3 and Bedroom 4 to 12 days due to drying logs shows dry on 2/15.**
7. **Please reduce the Desiccant for Kitchen to 10 days due to drying logs shows removed on 2/13.**
8. **Please reduce the Fans for the Kitchen to 14 days due to equipment billing is 1 day for every 24hrs and equipment was placed 2/3-2/17.**
9. **Please remove the Labor minimums due to they are not warranted on water mitigation estimates.**

**If you would send me a revised estimate I will get that payment out immediately. Thanks for your time and let me know if you have any questions**

Thank you.

**Darrell Rougeau**
Mitigation Specialist
IICRC WRT Certified
Safeco Insurance
Office: 1-254-537-1845
Email: darrell.rougeau@libertymutual.com