Safeco Insurance
A Liberty Mutual Company

Safeco Insurance Company of America
Sr. Claims Resolution Specialist II, Prop
PO Box 515097
Los Angeles, CA 90051

Mailing Address:
PO Box 515097
Los Angeles, CA 90051

Phone: (800) 332-3226
(509) 944-8325
Fax: (888) 268-8840

December 12, 2019

Adjusters International
Attn: Michael Stoycheff
340 E 1st Ave Ste 300
Broomfield, CO 80020

| | |
|---|---|
| Insured Name: | Vincent Terranova |
| Policy Number: | OY7555527 |
| Loss Date: | January 31, 2017 |
| Claim Number: | 287152846039 |

Dear Mr. Stoycheff:

This letter is a reminder that the 3 year statute for Colorado expires on January 31, 2020 for the above referenced claim. We understand that there are still unresolved matters relating to the damages and we hope to continue to work with you to resolve the remaining open items of this claim.

Safeco Insurance Company of America respectfully continues to reserve any and all rights and defenses under the policy and any applicable state laws, which may now exist or which may arise in the future. No waiver or estoppel of any kind is intended or should be inferred. We do not waive any of the terms, conditions or requirements of the policy.

If you have any questions, please let us know.

Sincerely,

Mandy R. Winters

Mandy Winters
Sr. Claims Resolution Specialist II, Prop
Safeco Insurance Company of America
(800) 332-3226
(509) 944-8325 Fax: (888) 268-8840
mandy.winters@libertymutual.com