Created By: NICBUL 04-06-2020 14:56 Clm#: 287152846039
Insured: TERRANOVA, VINCENT
Re: FS Plan for Resolution

FS Plan for Resolution

Completed Items: ACV paid; ACOR secured with All Phase on repairs; claim in appraisal as of 1/29/2020.

Open Items: Appraisers are working to schedule date of inspection (delayed due to COVID-19; OA lives out of state); pending appraisal award

Projected Completed Date: (NO CHANGE) No ALE exposure at this time, reasonable period of repairs has been exceeded

Contacted Mark w/ JS Held to inquire if he has heard back from opposing appraiser regarding a new inspection date; he advised not yet. He will follow up with another email.