Created By: NICBUL 07-15-2021 11:22 Clm#: 287152846039
Insured: TERRANOVA, VINCENT
Re: FS PFR

FS Plan for Resolution

Completed Items: ACV paid; ACOR secured with All Phase on repairs; claim in appraisal as of 1/29/2020, umpire presented their award estimate, pending review from appraisers and signing of award.

Open Items: Pending appraisal award

Projected Completed Date: (NO CHANGE) No ALE exposure at this time, reasonable period of repairs has been exceeded

ECF 000343