JS | HELD

| | |
|---|---|
| Invoice#: | 1261774 |
| Invoice Date: | 8/2/2021 |
| Due Date: | 9/1/2021 |
| Payment Terms: | Net 30 |

J.S. Held LLC
50 Jericho Quadrangle
Suite 117
Jericho, NY 11753
United States

Phone: (516) 621-2900
TAX ID #47-3291463

Nick Buller
Liberty Mutual
P.O Box 515097
Los Angeles CA 90051 US

# INVOICE

| OUR PROJECT# | PROJECT NAME | DATE OF LOSS | CLAIM# | POLICY# |
|---|---|---|---|---|
| 20011274 | Safeco - Terranova Residence | 1/31/2017 | FLW4487 | OY07555527 |

**SUMMARY OF PROFESSIONAL SERVICES RENDERED:**

| STAFF MEMBER | TOTAL HOURS | RATE | AMOUNT |
|---|---|---|---|
| **BUILDING CONSULTING** | | | |
| Mark Neufeld | 31.00 | 175.00 | 5,425.00 |
| **BUILDING CONSULTING TOTALS** | **31.00** | | **$5,425.00** |
| **TOTAL PROFESSIONAL SERVICES RENDERED:** | **31.00** | | **$5,425.00** |

**PROFESSIONAL SERVICES RENDERED:**

| DATE | STAFF MEMBER | DESCRIPTION | HOURS |
|---|---|---|---|
| 2/8/2021 | Mark Neufeld | Conf call with panel to establish site inspection for 3/9. F/u call with N Buller | 0.70 |
| 3/5/2021 | Mark Neufeld | Correspondence and download of opposing appraiser docs. Preliminary review of docs. | 2.50 |
| 3/8/2021 | Mark Neufeld | Download and review insureds appraiser's latest draft in preparation for site visit tomorrow. | 1.50 |
| 3/9/2021 | Mark Neufeld | Travel from project site location 43 W Ranch Trl, 80465 to J.S. Held 8000 E Maplewood Ave, 80111 | 1.00 |
| 3/9/2021 | Mark Neufeld | Appraisal panel site inspection | 2.50 |
| 3/9/2021 | Mark Neufeld | Travel from J.S. Held 8000 E Maplewood Ave, 80111 to project site location 43 W Ranch Trl, 80465 | 1.00 |
| 3/11/2021 | Mark Neufeld | Appraisal panel correspondence | 0.50 |
| 3/17/2021 | Mark Neufeld | Estimate and doc review. Revisions and clarifications | 3.00 |
| 3/18/2021 | Mark Neufeld | Continued photo and documentation review. Project research | 7.10 |
| 3/22/2021 | Mark Neufeld | Prepare carrier photo log and other documentation to accompany final position. Prepare and package final position and supporting docs. | 3.50 |
| 3/23/2021 | Mark Neufeld | Final review, package, and send final position and supporting docs to panel. | 1.00 |

J.S. Held LLC
50 Jericho Quadrangle
Suite 117
Jericho, NY 11753
United States

Phone: (516) 621-2900
TAX ID #47-3291463

| | |
|---|---|
| Invoice#: | 1261774 |
| Invoice Date: | 8/2/2021 |
| Due Date: | 9/1/2021 |
| Payment Terms: | Net 30 |

Nick Buller
Liberty Mutual
P.O Box 515097
Los Angeles CA 90051 US

# INVOICE

| OUR PROJECT# | PROJECT NAME | DATE OF LOSS | CLAIM# | POLICY# |
|---|---|---|---|---|
| 20011274 | Safeco - Terranova Residence | 1/31/2017 | FLW4487 | OY07555527 |

| | | | |
|---|---|---|---|
| 4/13/2021 | Mark Neufeld | Discuss timeline with N Buller and status update letter intake and policy provision. Prepare, package, and forward to panel | 2.00 |
| 4/16/2021 | Mark Neufeld | Draft response to panel correspondence | 2.70 |
| 5/3/2021 | Mark Neufeld | Conf call with panel | 0.50 |
| 5/11/2021 | Mark Neufeld | Umpire information request | 1.00 |
| 6/18/2021 | Mark Neufeld | Correspondence with panel | 0.50 |

**TOTAL: 31.00**

**SUMMARY OF EXPENSES:**

| RESOURCE | AMOUNT |
|---|---|
| **OTHER** | |
| File Administration | $108.50 |
| **OTHER TOTALS** | **$108.50** |
| **TOTAL EXPENSES:** | **$108.50** |

**EXPENSE DETAIL:**

| DATE | SOURCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | File Administration | 108.50 |
| **TOTAL EXPENSES:** | | | **$108.50** |

PLEASE REFERENCE THE J.S HELD INVOICE NUMBER WHEN REMITTING PAYMENT.