**From:**"Buller, Nicholas" <Nicholas.Buller@LibertyMutual.com>
**Sent:**Tuesday, April 13, 2021 2:39 PM (Eastern Time)
**To:**"Mark Neufeld" <mneufeld@jsheld.com>;"Winters, Mandy" <Mandy.Winters@LibertyMutual.com>
**Subject:**RE: Terranova - Safeco Claim # 287152846039 I JSH 20011274

Mark,

Per our conversation, attached are status letters sent to the insureds over the course of a year from 9/2017 to 9/2018. These letters show the lack of response from the insured relative to the outstanding items needed to evaluate their claim as well as moving forward with repairs.

Additionally, here is a screen shot of the loss settlement portion of the policy and I will specifically direct you to 5b; which states we will pay the full cost of repair or replacement of that part of the damaged building for equivalent construction and use on the same premises as determined shortly following the loss. I believe this speaks directly to the timing around evaluating the damages and cost of covered repairs.

Please let me know if you need anything else.

Thank you,

**Nick Buller**
Senior Field Claims Resolution Specialist III
Liberty Mutual Insurance
P.O. Box 515097
Los Angeles, CA 90051-5097
Direct Dial: 303-335-5385
Facsimile: 888-268-8840

If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify me via return email and via telephone at 303-335-5385 and permanently delete the original and any copy of any email, attachment, and any printout thereof. Thank you.

**Track your claim, anytime, anywhere with your online account at LibertyMutual.com or Safeco.com**

Due to the current COVID-19 pandemic, our offices are closed to the public. For faster claims processing, we strongly encourage customers to file new claims online and to monitor and manage their claims online at Libertymutual.com/online-claims or Safeco.com/online-claims.

---

**From:** Mark Neufeld <mneufeld@jsheld.com>
**Sent:** Tuesday, March 23, 2021 9:53 AM

**To:** Buller, Nicholas <Nicholas.Buller@LibertyMutual.com>; Winters, Mandy <Mandy.Winters@LibertyMutual.com>
**Subject:** {EXTERNAL} Terranova - Safeco Claim # 287152846039 I JSH 20011274

Hello Nick and Mandy,

Quick update......

I just sent my final position and supporting docs to the panel this morning.

Attached is an updated fee budget for your review and consideration.

I'll keep you updated.

Mark

Mark Neufeld | Assistant Vice President
J.S. Held LLC
8000 E Maplewood Ave, Suite 125, Greenwood Village, CO 80111
Office 720-535-9605 | Mobile 303-887-5906
vcard | email | jsheld.com

View Our Latest Insights on Matters Arising from COVID-19

The information contained in this communication is privileged and confidential, and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please notify the sender immediately.

5. **Loss Settlement.** Covered property losses are settled as follows:

a. **Replacement Cost.** Property under Coverage A or B at *replacement cost*, not including those items listed in **5.b.(2)** and **(3)** below subject to the following:

**(1)** We will pay the full cost of repair or replacement, but not exceeding the smallest of the following amounts:

**(a)** the limit of liability under the policy applying to Coverage A or B;

**(b)** the *replacement cost* of that part of the damaged building for equivalent construction and use on the same premises as determined shortly following the loss;

**(c)** the full amount actually and necessarily incurred to repair or replace the damaged building as determined shortly following the loss;

**(d)** the direct financial loss you incur; or

**(e)** our pro rata share of any loss when divided with any other valid and collectible insurance applying to the covered property at the time of loss.

ECF 000437

**EXHIBIT 20**

Safeco Insurance™
A Liberty Mutual Company

Safeco Insurance Company of America
Sr. Claims Resolution Specialist II, Prop
PO Box 515097
Los Angeles, CA 90051

Mailing Address:
PO Box 515097
Los Angeles, CA 90051

Phone: (800) 332-3226
(509) 944-8325
Fax: (888) 268-8840

September 27, 2017

Vincent Terranova
43 W Ranch Trl
Morrison, CO 80465-9524

| | |
|---|---|
| Insured Name: | Vincent Terranova |
| Policy Number: | OY7555527 |
| Loss Date: | January 31, 2017 |
| Claim Number: | 287152846039 |

Dear Mr. Terranova,

Our commitment to you was to handle your claim quickly and efficiently, therefore, we wanted to inform you of the status of your claim.

We received notice that no further work has progressed at your home since the original demo and subfloor repairs. We understand that the weather is about to turn and could potentially cause further damage to your home without any heat. Please note we have previously paid to replace the heat system according to the bid provided by your contractor. Please be advised that it is your responsibility to protect your home from further damage and maintain your property, and we would be unable to cover any damages that ensue as a result of neglecting to do this.

Your contractor has advised that there may be further documentation to support the additional repair costs. To date, we have not received this information. We are also awaiting further information from you in order to process your claim to conclusion. We have requested this documentation from you several times in previous communications.

We have reached out to Don Greenless at your request, to inquire about any contents that may potentially become damaged from the cold weather, that are located in PODS on site. He was unable to give us an evaluation of anything located in them. We are happy to reach out to Mike Bettman if you would like us to, so that he may evaluate if any items located in the PODS should be moved to a climate control facility to prevent any damage. Again, it is your responsibility to protect the property from potential harm and damage. We would be happy to help in facilitating this.

The additional living expenses coverage is available to you for the reasonable timeframe needed in order to complete repairs. To date, we have not received any information from you regarding a lease, incurred rental payments, etc., to support what, if any, costs you've incurred for alternate housing. We have previously conveyed that the last date we will be able to cover any costs incurred will be through December 31st, 2017. We understand that you are back and forth between two residences, including your home in Colorado and a residence in the British Virgin

Islands and have been throughout this process. Four months is the reasonable time period agreed upon and necessary in order to complete the loss-related repairs to the home. We are unable to cover additional living expenses as a result of any delays that are within your control.

**We are still awaiting additional items in order to resolve your claim, please let us know the status of and submit the following information as soon as you have available:**

- Appliance technician report
- List of total loss content items with ages/original pricing for evaluation
- Pinball machine report/evaluation

If you need us to engage an expert to inspect the pinball machines and appliances, please let us know as soon as possible. We have previously offered to send an expert, but you had informed us you had engaged your own experts for this.

We now refer you to your policy form HOM-7030EP 1/09 HOMEOWNERS POLICY which states the following:

> SECTION I — PROPERTY COVERAGES
> …
>
> BUILDING PROPERTY LOSSES WE DO NOT COVER
>
> We do not cover loss caused directly or indirectly by any of the following excluded perils. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.
>
> These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area;
>
> **1.** freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing, while the dwelling is vacant, unoccupied or under construction, including being newly built, remodeled, reconstructed, renovated or repaired. This provision does not apply if you have used reasonable care to:
>
> > **a.** maintain heat in the building; or
> >
> > **b.** shut off the water supply and drain the system and appliances of water;
> > …
>
> **12. Neglect,** meaning your failure to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered.
> …
>
> **17. Weather** that contributes in any way with a cause or event not covered in this section to produce a loss. However, any ensuing loss caused by a covered peril and not otherwise excluded is covered.

…

**SECTION I — PROPERTY CONDITIONS**
…

**3. An Insured's Duties After Loss.** In case of a loss to which this insurance may apply, you must perform the following duties:

**a.** cooperate with us in the investigation, settlement or defense of any claim or suit;

**b.** give immediate notice to us or our agent;

**c.** notify the police in case of loss by theft;

**d.** protect the property from further damage, make reasonable and necessary repairs required to protect the property and keep an accurate record of repair expenses;

**e.** prepare an inventory of the loss to the building and damaged personal property showing in detail the quantity, description, ***replacement cost*** and age. Attach all bills, receipts and related documents that justify the figures in the inventory;

**f.** as often as we reasonably require:

**(1)** exhibit the damaged and undamaged property;

**(2)** provide us with records and documents we request and permit us to make copies; and

**(3)** submit to examinations under oath and subscribe the same. We may examine you separately and apart from your spouse, civil or ***domestic partner***, or any other ***insured.***

You shall not interfere with us examining any other ***insured.***
…

**8. Suit Against Us.** No action shall be brought against us unless there has been compliance with the policy provisions.
…

We will follow up with you within 30 business days to confirm the status of your claim. If you have any questions or concerns, please contact me using the information below.

Safeco Insurance Company of America respectfully continues to reserve any and all rights and defenses under the policy and any applicable state laws, which may now exist or which may arise in the future. No waiver or estoppel of any kind is intended or should be inferred. We do not waive any of the terms, conditions or requirements of the policy.

Sincerely,

Mandy R. Winters

Mandy Winters
Sr. Claims Resolution Specialist II, Prop
Safeco Insurance Company of America
(800) 332-3226
(509) 944-8325 Fax: (888) 268-8840
mandy.winters@safeco.com

Safeco Insurance
A Liberty Mutual Company

Safeco Insurance Company of America
Sr. Claims Resolution Specialist II, Prop
PO Box 515097
Los Angeles, CA 90051

Mailing Address:
PO Box 515097
Los Angeles, CA 90051

Phone: (800) 332-3226
(509) 944-8325
Fax: (888) 268-8840

October 26, 2017

Vincent Terranova
43 W Ranch Trl
Morrison, CO 80465-9524

| | |
|---|---|
| Insured Name: | Vincent Terranova |
| Policy Number: | OY7555527 |
| Loss Date: | January 31, 2017 |
| Claim Number: | 287152846039 |

Dear Mr. Vincent Terranova,

Our commitment to you was to handle your claim quickly and efficiently, therefore, we wanted to inform you of the status of your claim.

As a follow up to my letter to you dated 9/27/17, the additional living expenses coverage is available to you for the reasonable timeframe needed in order to complete repairs. To date, we have not received any information from you regarding a lease, incurred rental payments, etc., to support what, if any, costs you've incurred for alternate housing. We have previously conveyed that the last date we will be able to cover any costs incurred for temp housing and contents storage will be through **December 31st, 2017**.

We understand that you continue to be traveling back and forth between two residences, including your home in Colorado and a residence in the British Virgin Islands and have been throughout this process. Four months is the reasonable time period agreed upon and necessary in order to complete the loss-related repairs to the home. We are unable to cover additional living expenses as a result of any delays that are within your control.

Here's a recap of what we are still waiting for from you, in order to process the claim further:

**We are still awaiting additional items in order to resolve your claim, please let us know the status of and submit the following information as soon as you have available:**

- Appliance technician report
- List of total loss content items with ages/original pricing for evaluation
- Pinball machine report/evaluation

We will follow up with you within 30 business days to confirm the status of your claim. If you have any questions or concerns, please contact me using the information below.

Safeco Insurance Company of America respectfully continues to reserve any and all rights and defenses under the policy and any applicable state laws, which may now exist or which may arise in the future. No waiver or estoppel of any kind is intended or should be inferred. We do not waive any of the terms, conditions or requirements of the policy.

Sincerely,

Mandy R. Winters

Mandy Winters
Sr. Claims Resolution Specialist II, Prop
Safeco Insurance Company of America
(800) 332-3226
(509) 944-8325 Fax: (888) 268-8840
mandy.winters@safeco.com

Safeco Insurance™
A Liberty Mutual Company

Safeco Insurance Company of America
Sr. Claims Resolution Specialist II, Prop
PO Box 515097
Los Angeles, CA 90051

Mailing Address:
PO Box 515097
Los Angeles, CA 90051

Phone: (800) 332-3226
(509) 944-8325
Fax: (888) 268-8840

December 13, 2017

Vincent Terranova
43 W Ranch Trl
Morrison, CO 80465-9524

| | |
|---|---|
| Insured Name: | Vincent Terranova |
| Policy Number: | OY7555527 |
| Loss Date: | January 31, 2017 |
| Claim Number: | 287152846039 |

Dear Mr. Terranova,

We have not heard or received anything from you since October. At that time, you had informed us you were gathering the remaining information needed in order to process your claim further.

To reiterate, and as a follow up to my letter to you dated 10/26/17, the additional living expenses coverage is available to you for the reasonable timeframe needed in order to complete repairs. To date, we have not received any information from you regarding a lease, incurred rental payments, etc., to support what, if any, costs you've incurred for alternate housing. We have previously conveyed that the last date we will be able to cover any costs incurred for temp housing and contents storage will be through **December 31st, 2017**. We have notified the vendors appropriately as well.

We understand that you continue to be traveling back and forth between two residences, including your home in Colorado and a residence in the British Virgin Islands and have been throughout this process. Four months is the reasonable time period agreed upon and necessary in order to complete the loss-related repairs to the home. We are unable to cover additional living expenses as a result of any delays that are or have been within your control.

Here's a recap of what we are still waiting for from you, in order to process the claim further:
**We are still awaiting additional items in order to resolve your claim, please let us know the status of and submit the following information as soon as you have available:**

- Appliance technician report
- List of total loss content items with ages/original pricing for evaluation
- Pinball machine report/evaluation

We understand that Nick Buller has also attempted to contact you to follow up as well. We will follow up with you within 30 business days to confirm the status of your claim. If you have any questions or concerns, please contact me using the information below.

Safeco Insurance Company of America respectfully continues to reserve any and all rights and defenses under the policy and any applicable state laws, which may now exist or which may arise in the future. No waiver or estoppel of any kind is intended or should be inferred. We do not waive any of the terms, conditions or requirements of the policy.

Sincerely,

Mandy R. Winters

Mandy Winters
Sr. Claims Resolution Specialist II, Prop
Safeco Insurance Company of America
(800) 332-3226
(509) 944-8325 Fax: (888) 268-8840
mandy.winters@safeco.com

Safeco Insurance
A Liberty Mutual Company

Safeco Insurance Company of America
Sr. Claims Resolution Specialist II, Prop
PO Box 515097
Los Angeles, CA 90051

Mailing Address:
PO Box 515097
Los Angeles, CA 90051

Phone: (800) 332-3226
(509) 944-8325
Fax: (888) 268-8840

April 27, 2018

Vincent Terranova
43 W Ranch Trl
Morrison, CO 80465-9524

| | |
|---|---|
| Insured Name: | Vincent Terranova |
| Policy Number: | OY7555527 |
| Loss Date: | January 31, 2017 |
| Claim Number: | 287152846039 |

Dear Mr. Terranova,

This letter is a follow up to our letter sent on March 12, 2018.

We still have not heard or received anything from you or Lori since October. At that time, Lori had informed us you were gathering the remaining information needed in order to process your claim further. We continue to understand that you are dealing with the loss of your business and people you care about in the British Virgin Islands as a result of the hurricane. Again, we are so very sorry for any added stress this may have caused to your situation and that the damages to your home in Colorado, may not be of urgent priority. Please let us know if there is anything we can do to help. We would like to resolve this claim for you.

To recap our prior communications to you, the additional living expenses coverage is available to you for the reasonable timeframe needed in order to complete repairs. The estimated timeframe to complete the necessary loss-related repairs is said to be approximately 4 months. We are unable to cover additional living expenses as a result of any delays that are or have been within your control.

To date, we have not received any documentation from you regarding a lease, incurred rental payments, etc., to support what, if any, costs you've incurred for alternate housing while displaced. We have previously conveyed that the last date we will be able to cover any costs incurred for temp housing and contents storage will be through **December 31st, 2017**. To date, the companies where your items are all located, have been notified of this as well.

Here's a recap of what we are still waiting for from you, in order to process the claim further.

**We are still awaiting additional items in order to resolve your claim, please let us know the status of and submit the following information as soon as you have available:**

1. Appliance technician report
2. List of total loss content items with ages/original pricing for evaluation

3. Pinball machine report
4. Additional living expenses receipts

Please confirm where you are at in the status of repairs. The last notification we received was that no further work has progressed at your home since the original demo and subfloor repairs. Any additional damages resulting to your home while it was without heat during the winter months, would not be covered under this claim. As previously communicated, we have already paid to replace the heat system according to the bid provided by your contractor.

Please be advised that it is your continued responsibility to protect your home from further damage and maintain your property, and we would be unable to cover any damages that ensue as a result of neglecting to do this.

Your contractor has advised that there may be further documentation to support the additional repair costs submitted. To date, we have not received this information. We would still like to engage a local contractor in the re-inspection of your home so that we can come to an agreed scope and cost for the repairs. Please allow for this inspection to take place as soon as possible.

We have also previously addressed the issue of the contents packed into PODS onsite. After speaking with Don Greenless, he was unable to give us an evaluation of anything located in them. Also as conveyed in previous communications, we are happy to reach out to Mike Bettman from Colorado Arts if you would like us to, so that he may evaluate if any items located in the PODS should be moved to a climate control facility to prevent any damage. Again, it is your responsibility to protect the property from potential harm and damage. We would be happy to help in facilitating this.

We now refer you to your policy form HOM-7030EP 1/09 HOMEOWNERS POLICY which states the following:

> **SECTION I — PROPERTY COVERAGES**
>
> …
>
> **BUILDING PROPERTY LOSSES WE DO NOT COVER**
>
> We do not cover loss caused directly or indirectly by any of the following excluded perils. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.
>
> These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area;
>
> **1.** freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing, while the dwelling is vacant, unoccupied or under construction, including being newly built, remodeled, reconstructed, renovated or repaired. This provision does not apply if you have used reasonable care to:

**a.** maintain heat in the building; or

**b.** shut off the water supply and drain the system and appliances of water;
…

**12. Neglect,** meaning your failure to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered.
…

**17. Weather** that contributes in any way with a cause or event not covered in this section to produce a loss. However, any ensuing loss caused by a covered peril and not otherwise excluded is covered.
…

SECTION I — PROPERTY CONDITIONS
…

**3. An Insured's Duties After Loss.** In case of a loss to which this insurance may apply, you must perform the following duties:

**a.** cooperate with us in the investigation, settlement or defense of any claim or suit;

**b.** give immediate notice to us or our agent;

**c.** notify the police in case of loss by theft;

**d.** protect the property from further damage, make reasonable and necessary repairs required to protect the property and keep an accurate record of repair expenses;

**e.** prepare an inventory of the loss to the building and damaged personal property showing in detail the quantity, description, ***replacement cost*** and age. Attach all bills, receipts and related documents that justify the figures in the inventory;

**f.** as often as we reasonably require:

**(1)** exhibit the damaged and undamaged property;

**(2)** provide us with records and documents we request and permit us to make copies; and

**(3)** submit to examinations under oath and subscribe the same. We may examine you separately and apart from your spouse, civil or ***domestic partner***, or any other ***insured.***

You shall not interfere with us examining any other ***insured.***
…

> **8. Suit Against Us.** No action shall be brought against us unless there has been compliance with the policy provisions.
> …

In summary, please touch base with myself or Nick Buller at your earliest convenience, to advise of when we would be permitted to inspect the property with a local contractor. We would like to continue to move toward a resolution of your claim. Please also advise as to when we might expect the additional information from you as outlined above. We will continue to follow up with you on the status.

If you have any questions, please contact me at the number below.

Sincerely,

Mandy R. Winters

Mandy Winters
Sr. Claims Resolution Specialist II, Prop
Safeco Insurance Company of America
(800) 332-3226
(509) 944-8325 Fax: (888) 268-8840
mandy.winters@safeco.com

Safeco Insurance
A Liberty Mutual Company

Safeco Insurance Company of America
Sr. Claims Resolution Specialist II, Prop
PO Box 515097
Los Angeles, CA 90051

Mailing Address:
PO Box 515097
Los Angeles, CA 90051

Phone: (800) 332-3226
(509) 944-8325
Fax: (888) 268-8840

June 11, 2018

Vincent Terranova
43 W Ranch Trl
Morrison, CO 80465-9524

| | |
|---|---|
| Insured Name: | Vincent Terranova |
| Policy Number: | OY7555527 |
| Loss Date: | January 31, 2017 |
| Claim Number: | 287152846039 |

Dear Mr. Terranova,

We hope you and Lori are both doing well. This letter is a follow up to our letter sent on April 27th, 2018.

We still have not heard or received anything from you or Lori since October. At that time, Lori had informed us you were gathering the remaining information needed in order to process your claim further. We continue to understand that you are dealing with the loss of your business and people you care about in the British Virgin Islands as a result of the hurricane. We are truly so very sorry for any added stress this may have caused to your situation and that the damages to your home in Colorado, may not be of urgent priority. We continue to be here for you, if there is anything we can do to help. We would like to resolve this claim for you.

As a recap our prior communications to you, the additional living expenses coverage is available to you for the reasonable timeframe needed in order to complete repairs. The estimated timeframe to complete the necessary loss-related repairs is said to be approximately 4 months. We are unable to cover additional living expenses as a result of any delays that are or have been within your control.

To date, we have not received any documentation from you regarding a lease, incurred rental payments, etc., to support what, if any, costs you've incurred for alternate housing while displaced. We have previously conveyed that the last date we will be able to cover any costs incurred for temp housing and contents storage will be through **December 31st, 2017**. To date, the companies where your items are all located, have been notified of this as well.

Here's a recap of what we are still waiting for from you, in order to process the claim further.

**We are still awaiting additional items in order to resolve your claim, please let us know the status of and submit the following information as soon as you have available:**

1. Appliance technician report
2. List of total loss content items with ages/original pricing for evaluation
3. Pinball machine report
4. Additional living expenses receipts

Please confirm where you are at in the status of repairs. The last notification we received was that no further work has progressed at your home since the original demo and subfloor repairs. As communicated previously, any additional damages resulting to your home while it was without heat during the winter months, would not be covered under this claim. As you are aware, we have already paid to replace the heat system according to the bid provided by your contractor.

Please be advised that it is your continued responsibility to protect your home from further damage and maintain your property, and we would be unable to cover any damages that ensue as a result of neglecting to do this.

Your contractor has advised that there may be further documentation to support the additional repair costs submitted. To date, we have not received this information. We would still like to engage a local contractor in the re-inspection of your home so that we can come to an agreed scope and cost for the repairs. We continue to ask that you please allow for this inspection to take place as soon as possible.

We have also previously addressed the issue of the contents packed into PODS onsite. After speaking with Don Greenless, he was unable to give us an evaluation of anything located in them. Also as conveyed in previous communications, we are happy to reach out to Mike Bettman from Colorado Arts if you would like us to, so that he may evaluate if any items located in the PODS should be moved to a climate control facility to prevent any damage. Again, it is your responsibility to protect the property from potential harm and damage. We would be happy to help in facilitating this.

We now refer you to your policy form HOM-7030EP 1/09 HOMEOWNERS POLICY which states the following:

> **SECTION I — PROPERTY COVERAGES**
>
> …
>
> **BUILDING PROPERTY LOSSES WE DO NOT COVER**
>
> We do not cover loss caused directly or indirectly by any of the following excluded perils. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.
>
> These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area;
>
> **1.** freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing, while the dwelling is vacant, unoccupied or under construction, including being newly built, remodeled, reconstructed, renovated or

repaired. This provision does not apply if you have used reasonable care to:

**a.** maintain heat in the building; or

**b.** shut off the water supply and drain the system and appliances of water;
…

**12. Neglect,** meaning your failure to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered.
…

**17. Weather** that contributes in any way with a cause or event not covered in this section to produce a loss. However, any ensuing loss caused by a covered peril and not otherwise excluded is covered.
…

**SECTION I — PROPERTY CONDITIONS**
…

**3. An Insured's Duties After Loss.** In case of a loss to which this insurance may apply, you must perform the following duties:

**a.** cooperate with us in the investigation, settlement or defense of any claim or suit;

**b.** give immediate notice to us or our agent;

**c.** notify the police in case of loss by theft;

**d.** protect the property from further damage, make reasonable and necessary repairs required to protect the property and keep an accurate record of repair expenses;

**e.** prepare an inventory of the loss to the building and damaged personal property showing in detail the quantity, description, ***replacement cost*** and age. Attach all bills, receipts and related documents that justify the figures in the inventory;

**f.** as often as we reasonably require:

**(1)** exhibit the damaged and undamaged property;

**(2)** provide us with records and documents we request and permit us to make copies; and

**(3)** submit to examinations under oath and subscribe the same. We may examine you separately and apart from your spouse, civil or ***domestic partner***, or any other ***insured***.

You shall not interfere with us examining any other ***insured***.
…

**8. Suit Against Us.** No action shall be brought against us unless there has been compliance with the policy provisions.
…

In summary, please touch base with myself or Nick Buller at your earliest convenience, to advise of when we would be permitted to inspect the property with a local contractor. We would like to continue to move toward a resolution of your claim. Please also advise as to when we might expect the additional information from you as outlined above. We will continue to follow up with you on the status.

If you have any questions, please contact me at the number below.

Sincerely,

Mandy R. Winters

Mandy Winters
Sr. Claims Resolution Specialist II, Prop
Safeco Insurance Company of America
(800) 332-3226
(509) 944-8325 Fax: (888) 268-8840
mandy.winters@safeco.com

Safeco Insurance
A Liberty Mutual Company

Safeco Insurance Company of America
Sr. Claims Resolution Specialist II, Prop
PO Box 515097
Los Angeles, CA 90051

Mailing Address:
PO Box 515097
Los Angeles, CA 90051

Phone: (800) 332-3226
(509) 944-8325
Fax: (888) 268-8840

September 11, 2018

Vincent Terranova
43 W Ranch Trl
Morrison, CO 80465-9524

| | |
|---|---|
| Insured Name: | Vincent Terranova |
| Policy Number: | OY7555527 |
| Loss Date: | January 31, 2017 |
| Claim Number: | 287152846039 |
| Underwritten by: | Safeco Insurance Company of America |

Dear Mr. Terranova,

We hope you and Lori are both doing well. This letter is a follow up to our letter sent on June 11, 2018.

We still have not heard or received anything from you or Lori since October, 2017. At that time, Lori had informed us you were gathering the remaining information needed in order to process your claim further. We are continuing to understand that you are dealing with the loss of your business and people you know and care about in the British Virgin Islands as a result of the hurricane. We are truly so very sorry for any added stress this may have caused to your situation and that the damages to your home in Colorado, may not be of urgent priority. We continue to be here for you, if there is anything we can do to help.

We would like to resolve this claim for you. We have recently reached out to your agent, Scott Wood, to inquire if he has received any communications from you or Lori. We have not received any new information from Scott to date.

As a recap of our prior communications to you, the additional living expenses coverage is available to you for the reasonable timeframe needed in order to complete repairs. The estimated timeframe to complete the necessary loss-related repairs is said to be approximately 4 months, therefore we can review any incurred costs for alternate housing for a 4 month timeframe. We are unable to cover additional living expenses as a result of any delays that are or have been within your control.

To re-iterate, as of today's date, we have not received any documentation from you regarding a lease, incurred rental payments, etc., to support what, if any, costs you've incurred for alternate housing while displaced. We have previously conveyed that the last date we will be able to cover any costs incurred for temp housing and contents storage will be through **December 31st, 2017**.

We have previously notified all companies where your items are all currently located, of the last date we will cover the storage through.
Here's a recap of what we are still waiting for from you, in order to process the claim further.

**We are still awaiting additional items in order to resolve your claim, please let us know the status of and submit the following information as soon as you have available:**

1. Appliance technician report
2. List of total loss content items with ages/original pricing for evaluation
3. Pinball machine report
4. Additional living expenses receipts

Please confirm where you are at with the status of repairs to your home and if any work has been completed. The last notification we received was that no work has progressed at your home since the original demo and subfloor repairs. As communicated previously, any additional damages resulting to your home while it was without heat during the winter months, would not be covered under this claim.

As you are aware, we have already paid to replace the heat system according to the bid provided by your contractor. Please be advised that it is your continued responsibility to protect your home from further damage and maintain your property, and we would be unable to cover any damages that ensue as a result of neglecting to do this.

Your contractor has also communicated to us that there may be further documentation to support the additional repair costs submitted. To date, we have not received this information. We would still like to engage a local contractor in the re-inspection of your home so that we can come to an agreed scope and cost for the repairs. We continue to ask that you please allow for this inspection to take place as soon as possible.

We have also previously addressed the issue of the contents packed into PODS onsite. After speaking with your contractor, Don Greenless, he was unable to give us an evaluation of anything located in them. Also as conveyed in previous communications, we are happy to reach out to Mike Bettman from Colorado Arts if you would like us to, so that he may evaluate if any items located in the PODS should be moved to a climate control facility to prevent any damage.

Again, it is your responsibility to protect the property from potential harm and damage. We would be happy to help in facilitating this.

We now refer you to your policy form HOM-7030EP 1/09 HOMEOWNERS POLICY which states the following:

> SECTION I — PROPERTY COVERAGES
>
> …
>
> BUILDING PROPERTY LOSSES WE DO NOT COVER
>
> We do not cover loss caused directly or indirectly by any of the following excluded perils. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area;

**1.** freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing, while the dwelling is vacant, unoccupied or under construction, including being newly built, remodeled, reconstructed, renovated or repaired. This provision does not apply if you have used reasonable care to:

> **a.** maintain heat in the building; or
>
> **b.** shut off the water supply and drain the system and appliances of water;
>
> …

**12. Neglect,** meaning your failure to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered.

…

**17. Weather** that contributes in any way with a cause or event not covered in this section to produce a loss. However, any ensuing loss caused by a covered peril and not otherwise excluded is covered.

…

SECTION I — PROPERTY CONDITIONS

…

**3. An Insured's Duties After Loss.** In case of a loss to which this insurance may apply, you must perform the following duties:

> **a.** cooperate with us in the investigation, settlement or defense of any claim or suit;
>
> **b.** give immediate notice to us or our agent;
>
> **c.** notify the police in case of loss by theft;
>
> **d.** protect the property from further damage, make reasonable and necessary repairs required to protect the property and keep an accurate record of repair expenses;
>
> **e.** prepare an inventory of the loss to the building and damaged personal property showing in detail the quantity, description, ***replacement cost*** and age. Attach all bills, receipts and related documents that justify the figures in the inventory;
>
> **f.** as often as we reasonably require:
>
> > **(1)** exhibit the damaged and undamaged property;

> **(2)** provide us with records and documents we request and permit us to make copies; and
>
> **(3)** submit to examinations under oath and subscribe the same. We may examine you separately and apart from your spouse, civil or ***domestic partner***, or any other ***insured.***
>
> You shall not interfere with us examining any other ***insured.***
>
> ...
>
> **8. Suit Against Us.** No action shall be brought against us unless there has been compliance with the policy provisions.
>
> ...

In summary, please touch base with Nick Buller or I at your earliest convenience, to advise of when we would be permitted to inspect the property with a local contractor. We would like to continue to move toward a resolution of your claim. Please also advise as to when we might expect the additional information from you as outlined above. We will continue to follow up with you on the status.

If you have any questions, please contact Nick or I.

Sincerely,

Mandy R. Winters

Mandy Winters
Sr. Claims Resolution Specialist II, Prop
Safeco Insurance Company of America
(800) 332-3226
(509) 944-8325 Fax: (888) 268-8840
mandy.winters@libertymutual.com

CC: PGI - SCOTT WOOD