**James Hudson, AIC**
he/him/his
Claims Manager – Large Loss and Complex
Liberty Mutual Insurance
P.O. Box 5014
Scranton, PA 18505 -5014
Direct Dial: 314-223-7358

*All Liberty Mutual Claims Employees are currently working from home to protect themselves and others. For faster claims processing, we strongly encourage customers to file new claims online at Liberty Mutual or Safeco, and to monitor and manage their claims online at Libertymutual.com/online-claims or Safeco.com/online-claims. We also encourage use of our digital tools including RealTime Review video chat and guided photo capture.*

*Note: The information contained in this message is confidential. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, do not distribute or copy this communication. If you have received this communication in error, please notify us immediately by replying to the sender. Thank you for your cooperation.*

---

**From:** Buller, Nicholas <Nicholas.Buller@LibertyMutual.com>
**Sent:** Wednesday, September 15, 2021 12:57 PM
**To:** Hudson, James <JAMES.HUDSON@LibertyMutual.com>
**Subject:** Supplemental Technical Review - Claim # 287152846039

Hi James,

I am requesting additional authority on the above claim that I have retained from my prior role. Here are the facts of the claim:

1. Two frozen pipes in the upper level baseboard heating system of the home failed
   a. This home is a two-story home on a partial basement; all three levels were affected
2. This is a Safeco HOM-7030 that incepted on 8/10/16
3. American Restoration (NPV) performed mitigation and insured rejected our request to have an IPN contractor out
4. The insured' GC, Grey Eagle presented and estimate and we were unable to come to an ACOR
5. We engaged Donan who opined the condensation in window panes was not related to the loss nor was the rear patio flagstone damage; partial denial in file on 3/9/17
6. The insured owns a restaurant and home in the BVI and left the home unoccupied for several years before hiring a PA and then later an attorney
7. The PA presented a GC estimate over $850k for the Dwelling repairs
8. In 2020, we engaged JS Held to handle the appraisal of the damages
9. Yesterday we received the attached appraisal award
10. Within the award, is the patio damages, page 40 under Exterior, for $3,869.76, I've reviewed with examining and we will stand behind our denial
11. I reviewed the price list in the award (June 2021) with examining and they do not feel we can request a re-price to February 2017

The differences in the appraisal award vs. our estimate of $254,641.67 is primarily driven by the price list increase, supervision, HVAC scope increase and items contained within the General category (i.e. supervision, storage, jobsite cleanup).

For your review, I've attached the appraisal award and estimate. This claim was pre-LLS, so I've attached a spreadsheet with requested authority figures.

**AUTHORITY REQUESTED:**
$511,118.27 – Dwelling (Increase from $419,722.51 of $91,395.76)
$4,069.50 – Other Structures (Decrease from $12,000.00 of $7,930.50)
$515,187.77 – All-In

Please let me know if any questions.

Thank you,

**Nick Buller**
Large Loss Team Manager
Liberty Mutual Insurance
P.O. Box 5014
Scranton, PA 18505-5014
Direct Dial: 303-335-5385
Facsimile: 888-268-8840

If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify me via return email and via telephone at 303-335-5385 and permanently delete the original and any copy of any email, attachment, and any printout thereof. Thank you.

**Track your claim, anytime, anywhere with your online account at LibertyMutual.com or Safeco.com**

Due to the current COVID-19 pandemic, our offices are closed to the public. For faster claims processing, we strongly encourage customers to file new claims online and to monitor and manage their claims online at Libertymutual.com/online-claims or Safeco.com/online-claims.