Created By: NICBUL 09-16-2021 11:58 Clm#: 287152846039
Insured: TERRANOVA, VINCENT
Re: FS Pay Claim - DWG/OS Supp ACV

FS Pay Claim - DWG/OS Supp ACV

Within Authority: N

Technical Review Completed: Y - Marsili on 9/16/21

Payment Breakdown:
PROP DWG: $196,778.49
$421,759.81 - Appraisal Award RCV
<3,869.76> - less previously denied patio repairs estimated on page 40
<26,520.62> - less depreciation per appraisal award
<192,090.94>- less prior payments on 2/21/17, 3/9/17, 8/30/17 & 12/30/19
<2,500.00> - less deductible
$196,778.49 - Supplemental ACV

PROP OS: $4,069.50
$4,069.50 - RCV per appraisal award

Check Total: $200,847.99

Check Payable To: FS reviewed with IS, who will verify if attorney/PA need to be named on check

Date & Support:
9/16/21 - FS completed technical review process after appraisal award was received. Only change to award is standing behind prior denial on patio damage per Donan report; denial in file on 3/9/17. Payment above is for supplemental ACV per award.

This claim was pre-LLS.

REDACTED

POR: ALE previously exhausted

EOP: Dwelling & Other Structures RCV less depreciation, less prior payments and less deductible